**FILED**

**JUN 1 1 2013**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 13 B 08275 |
| GHORI NO. 1 CAB CORPORATION | ) |
| | ) |
| | ) Chapter 11 |
| Debtor. | ) |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST INGRAM, ATTORNEYS FOR DEBTORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $22,452.50 | TOTAL COSTS REQUESTED: | $32.44 |
| TOTAL FEES REDUCED: | $245.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $22,207.50 | TOTAL COSTS ALLOWED: | $32.44 |

**TOTAL FEES AND COSTS ALLOWED: $22,239.94**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)   **Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

Dated: June 11, 2012

_____
Eugene R. Wedoff
United States Bankruptcy Judge

| Date | Type | Description | Who | Hours | Amount |
|---|---|---|---|---|---|
| 3/21/13 | Admin | Scan in and file tax returns: fedeeral and state. | FLI | 0.2 | $102.00 |
| 3/26/13 | Admin | Filed 1116 Affidavit | AZ | 0.1 | $17.50 |
| 3/28/13 | Admin | Direct AZ to draft and send notice to creditors about the rescheduled date of the first meeting of creditors. | FLI | 0.1 | $51.00 |
| 3/28/13 | Admin | Email to clients re rescheduling of 341(a) meeting on 4/18/13. | FLI | 0.1 | $51.00 |
| 3/28/13 | Admin | Review documents sent from Boyle to Tannen re rejection of contrat to transfer medllions. | FLI | 0.1 | $51.00 |
| 3/28/13 | Admin | Review various communications from co-counsel and update file, calendaring new dates for rescheduled 341 meeting, order granting motion to employ, and other matters. | JON | 0.5 | $165.00 |
| 3/1/13 | Admin | Final revisions to schedules; prepare to file; file chapter 11 case. | FLI | 0.1 | $51.00 |
| 3/1/13 | Admin | Revise motion to consolidate this case with Ghori No. 1; forward to co-counsel for review. | JON | 0.1 | $33.00 |
| 3/4/13 | Admin | Prepared and filed certificate of relatedness | AZ | 0.3 | $52.50 |
| 3/4/13 | Admin | Revided motion to consolidate | AZ | 0.3 | $52.50 |
| 3/4/13 | Admin | Filed motion to consolidate | AZ | 0.2 | $35.00 |
| 3/6/13 | Admin | Court appearance re motion to substantively consolidate three cases under one caption. | FLI | 0.2 | $102.00 |
| 3/7/13 | Admin | Spoke with Mujeeb Ghori re motions prepare for filing and other matters. | FLI | 0.1 | $51.00 |
| 3/11/13 | Admin | Drafted motion to set claims bar | AZ | 0.4 | $70.00 |
| 3/11/13 | Admin | Filed motion to set claims bar | AZ | 0.1 | $17.50 |
| 3/21/13 | Admin | Draft statement under § 1116 and email to client for signature. | FLI | 0.1 | $51.00 |
| 3/21/13 | Admin | Scan in and file tax returns: fedeeral and state. | FLI | 0.2 | $102.00 |
| 3/26/13 | Admin | Filed 1116 Affidavit | AZ | 0.1 | $17.50 |
| 3/1/13 | Admin | Final revisions to schedules; prepare to file; file chapter 11 case. | FLI | 0.1 | $51.00 |
| 3/1/13 | Admin | Revise motion to consolidate this case with Ghori No. 1; forward to co-counsel for review. | JON | 0.1 | $33.00 |
| 3/4/13 | Admin | Prepared and filed certificate of relatedness | AZ | 0.3 | $52.50 |
| 3/4/13 | Admin | Revised motion to consolidate | AZ | 0.3 | $52.50 |
| 3/4/13 | Admin | Filed motion to consolidate | AZ | 0.2 | $35.00 |
| 3/6/13 | Admin | Court appearance re motion to substantively consolidate three cases under one caption. | FLI | 0.2 | $102.00 |
| 3/7/13 | Admin | Spoke with Mujeeb Ghori re motions prepared for filing and other matters. | FLI | 0.1 | $51.00 |
| 3/11/13 | Admin | Drafted motion to set claims bar | AZ | 0.4 | $70.00 |
| 3/11/13 | Admin | Filed motion to set claims bar | AZ | 0.1 | $17.50 |
| 3/21/13 | Admin | Draft statement under § 1116 and email to client for signature. | FLI | 0.1 | $51.00 |
| 3/21/13 | Admin | Scan in and file tax returns: fedeeral and state. | FLI | 0.2 | $102.00 |
| 3/22/13 | Admin | Spoke with Mira at BK clerk's office re amending motion to add redacted copy of engagement agreement. | FLI | 0.1 | $51.00 |
| 3/26/13 | Admin | Filed 1116 Affidavit | AZ | 0.1 | $17.50 |
| 4/1/13 | Admin | Mailed notice of rescheduled 341 meeting | AZ | 0.1 | $17.50 |
| 4/9/13 | Admin | Prepare for hearing on motion to substantively consolidate with 2 other cases; review motion. | JON | 0.5 | $165.00 |
| 4/10/13 | Admin | Appear for hearing on motion to substantively consolidate with 2 other cases; review motiojn, talk with credtor's attorney and trustee re same; update case file with results of hearing. | JON | 0.4 | $132.00 |
| 4/1/13 | Admin | Mailed notice of rescheduled 341 meeting | AZ | 0.1 | $17.50 |
| 4/8/13 | Admin | Check ECF settings re why not getting e-notices from BK court re case; contact clerk re same. | JON | 0.1 | $33.00 |
| 4/9/13 | Admin | Prepare for hearing on motion to substantively consolidate with 2 other cases; review motion. | JON | 0.5 | $165.00 |

| Date | Category | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 4/20/13 | Admin | Spoke by phone with M. Tannen re amending schedules, obtaining official inormation about the valaue of medallions from the Chicago Dept. of Bus. Affairs and Conssumer Protection, and orchestrating the filing of motions. | FLI | 0.1 | $51.00 |
| 4/20/13 | Admin | Email to client re Affiliation agreements as executory contracts. | FLI | 0.1 | $51.00 |
| 4/23/13 | Admin | Exchange emails with FLI re motion to reject, trustee's requests, the 341 meeting, comments from Transit's attorneys re avoiding objections by creditors to schedules, etc. Update file. | JON | 0.4 | $132.00 |
| 4/23/13 | Admin | Review email from FLI re legal research, adversary vs. motion; update case file. | JON | 0.1 | $33.00 |
| 4/24/13 | Admin | Reviewed monthly operating report | AZ | 0.1 | $17.50 |
| 4/24/13 | Admin | Meet with client re small business operating report, trustee's requests, and amendments to schedules D and F. | FLI | 0.3 | $153.00 |
| 4/30/13 | Admin | Spoke with Mujeeb; download Petition and email it to him for the bank to allow opening of a DIP account. | FLI | 0.1 | $51.00 |
| 4/30/13 | Admin | Review FLI's email request to include prices of medallions in 2011, 2012, and 2013 in the motion to reject. | JON | 0.1 | $33.00 |
| 4/3/13 | Adv | Begin drafting adversary for injunctive relief. | FLI | 0.5 | $255.00 |
| 4/4/13 | Adv | Draft adversary complaint against R. Khan. | FLI | 2.7 | $1,377.00 |
| 4/8/13 | Adv | Review FLI letter to client re Khan adversary; draft reply and update file. | JON | 0.1 | $33.00 |
| 3/2/13 | CM | Draft and send email to Eugene Murphy, attorney for Steven Newman, re chapter 11 filing. Copies to BB, JB, AZ, JON, and clients. | FLI | 0.2 | $102.00 |
| 3/2/13 | CM | Draft and send email to Steven Mikuzis, attorney for Rasool Khan, re chapter 11 filing. Copies to BB, JB, AZ, JON, and clients. | FLI | 0.1 | $51.00 |
| 3/7/13 | CM | Direct JON to prepare motion to reject contract in all three cases. | FLI | 0.1 | $51.00 |
| 3/7/13 | CM | Research re motion to reject contract. | FLI | 0.1 | $51.00 |
| 3/7/13 | CM | Revise motion to reject executory contract. | FLI | 0.2 | $102.00 |
| 3/7/13 | CM | Research and draft motion to reject executory contract to sell cab medallions, including terms relating to liquidate damages and specific performance. Communicate with co-counsel re same. | JON | 2.1 | $693.00 |
| 3/7/13 | CM | Exchange emails with co-counsel re motion to reject contract. | JON | 0.1 | $33.00 |
| 3/8/13 | CM | Exchange emails with JON re legal issues involved in the motions to reject contract. | FLI | 0.1 | $51.00 |
| 3/8/13 | CM | Strategy session with JON and AZ re motion to reject contract and other motions in the cases. | FLI | 0.1 | $51.00 |
| 3/8/13 | CM | Communicate with co-counsel new analysis re two motions: to reject contract and to remove shareholder; review detailed response and send detailed reply. | JON | 0.4 | $132.00 |
| 3/11/13 | CM | Exchange emails with J. Boyle re furtheer action taken by Khan. | FLI | 0.1 | $51.00 |
| 3/12/13 | CM | Spoke with JON re Tannen's inquiries. | FLI | 0.1 | $51.00 |
| 3/12/13 | CM | Review message from B. Block re newly filed state court case against Debtor's shareholders. | JON | 0.1 | $33.00 |
| 3/18/13 | CM | Spoke with Michael Tannen, re Transit Funding's claim and how the Debtors plan to treat it. | FLI | 0.3 | $153.00 |
| 3/20/13 | CM | Scan in complaint by Khan against shareholders; email to J. Boyle. | FLI | 0.1 | $51.00 |
| 3/21/13 | CM | Review case law and send reflections and further questions to JON re motion to reject contract. | FLI | 0.4 | $204.00 |
| 3/22/13 | CM | Spoke with JON re motion to reject lease; discuss cases and strategies. | FLI | 0.1 | $51.00 |
| 3/28/13 | CM | Exchanged emails with M. Tannen re secured claim. | FLI | 0.1 | $51.00 |
| 3/28/13 | CM | Review UCC documents; send to M. Tannen and clients with analysis and questions. | FLI | 0.2 | $102.00 |