# FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 26 2014

In re: )
) EUGENE R. WEDOFF,
) Case No. 13 B 08275   BANKRUPTCY JUDGE
GHORI NO. 1 CAB CORPORATION, et al )
)
) Chapter 7
Debtor. )
)

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING THIRD APPLICATION OF FORREST L. INGRAM, ATTORNEY FOR DEBTOR IN POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $30,193.50 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED: | $9,382.50 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $20,811.00 | TOTAL COSTS ALLOWED: | $0.00 |

### TOTAL FEES AND COSTS ALLOWED: $20,811.00

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4) Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(12) Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

**(13) No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work, prior to retention, to

determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

      An attorney is required to balance the costs of performing a service and the benefit it will yield to the estate. *See Matter of Taxman Clothing Co.*, 49 F.3d 310, 316 (7th Cir. 1995). The court denies fees for services rendered after it should have become apparent to the attorney that the services would not have yielded a net benefit for the estate. *Id.*

Dated: February 26, 2014

                                                                           Eugene R. Wedoff
                                                                           United States Bankruptcy Judge

|  |  | **Forrest L. Ingram, P.C.**<br>*Attorneys and Counsellors*<br>79 W. Monroe, Suite 900<br>Chicago, IL 60603-4907 | **Ghori No. 1 Cab**<br>**Exhibit B** | | |
|---|---|---|---|---|---|
| Date | Nature | Item | Atty | Time | Fee |
| 7/1/13 | Admin | Spoke with FLI re client's attempt to obtain a loan from Transit Funding and need for filing motion with court for such a loan. | JON | 0.2 | $66.00 |
| 7/15/13 | Admin | Meet with client re small business operating report for June 2013, objections to claim, Transfit Funding, and payment of attorney fees. | FLI | 0.8 | $408.00 |
| 7/19/13 | Admin | Prepared and filed June operating report | AZ | 0.5 | $87.50 |
| 7/22/13 | Admin | Review operating report for June 2013. | JON | 0.1 | $33.00 |
| 7/22/13 | Admin | Update case file and calendar. | JON | 0.1 | $33.00 |
| 7/26/13 | Admin | Email to co-counsel re various matteers up next week. | FLI | 0.1 | $51.00 |
| 7/30/13 | Admin | Notate results of meeting with clients and update file. | JON | 0.1 | $33.00 |
| 8/2/13 | Admin | Email to client re new filings by Newman and Khan, estended time to file DS&P, various objections and issues, and payment of fees. | FLI | 0.2 | $102.00 |
| 8/5/13 | Admin | Send message to clients for approveed taxi ad list to display on their taxis, for consultation with Yellow Cab president. | JON | 0.1 | $33.00 |
| 8/6/13 | Admin | Prepare issues to be discussed at meeting set for 8/9/13. | FLI | 0.1 | $51.00 |
| 8/6/13 | Admin | Meet with Yellow Cab president re approved ad content for client's taxis. | JON | 0.9 | $297.00 |
| 8/7/13 | Admin | Email to client re meeting on Friday with co-counsel to discuss strategies going forward. | FLI | 0.1 | $51.00 |
| 8/9/13 | Admin | Meet with JN and AZ re organization and strategy with respect to objections, disclosure statement, plan, and adversaries. | FLI | 1.0 | $510.00 |
| 8/9/13 | Admin | Draft Case Management; send to JN and AZ. | FLI | 0.3 | $153.00 |
| 8/9/13 | Admin | Meeting with FLI and AZ re draft of adversary vs. Khan and re reply to Khan's response to Ghori's objection to Khan's proof of claim; also discus Newman's adverary and replying to his response to Ghori's objection to his proof of claim. Discuss motion to dismiss Newman's complaint, under 362, res judicata, issues preclusion, and applicability of federal or state law. Also discuss effect of court's order granting Ghori's motion to reject executory contract, status of DS&P, time for filing DS&P, Khan's motion for 2004 exam, status of operating repor, and other issues. | JON | 1.8 | $594.00 |
| 8/9/13 | Admin | Update case file with notes of meeing above. | JON | 0.2 | $66.00 |
| 8/10/13 | Admin | Draft and send to client and to co-counsel and associates a summary of yesterday's strategy meeting, including a report on the division of tasts assigned to the legal team to accomplish them. | FLI | 0.5 | $255.00 |
| 8/13/13 | Admin | Review messages of FLI re setting appointments for operating reports; status of replies to responses to objectiosn to claims, and other relevant dates; update case file. | JON | 0.5 | $165.00 |
| 8/14/13 | Admin | Meet with Mujeeb re July operating report and attorney fees. | FLI | 0.2 | $102.00 |
| 8/15/13 | Admin | Review messages from FLI re case status; update file. | JON | 0.1 | $33.00 |
| 8/16/13 | Admin | Reviewed monthly operating report | AZ | 0.4 | $70.00 |
| 8/19/13 | Admin | Spoke with JN and AZ re covering the court call tomorrow. | FLI | 0.1 | $51.00 |
| 8/19/13 | Admin | Review many messages from FLI, e.g., re upcoming hearings on August 20 and his messages to client re same; also re Khan's settlement request. Reply to said messages and call FLI re covering hearings for objections to claims, and other matters. Update file. | JON | 0.5 | $165.00 |
| 8/20/13 | Admin | Filed July operating report | AZ | 0.1 | $17.50 |

handwritten annotations in right margin:
(12) -51.00
-33.00
(12)

-$84.00

| Date | Type | Description | Atty | Hrs | Amount |
|---|---|---|---|---|---|
| 8/20/13 | Admin | Rreview many messages from FLI re results of hearings today, including scheduling re objections to claims, estending date for filing DS&P, and setting new status date. Update case file. | JON | 0.3 | $99.00 |
| 8/22/13 | Admin | Review many messages of FLI re settlement discussions with lender creditor, discussions with Michael Tannen, and other settlement possibilities. Update case file. | JON | 0.2 | $66.00 |
| 8/23/13 | Admin | Exhange emails with FLI re settlement discussions; respond. | JON | 0.1 | $33.00 |
| 8/29/13 | Admin | Email to client re Newman's attorney attempting to host a meeting of various attorneys to resolve issues in the Ghori chapte 11 case. | FLI | 0.1 | $51.00 |
| 8/29/13 | Admin | Communicate with JN and PLB re covering court on 9/4/13. | FLI | 0.1 | $51.00 |
| 8/30/13 | Admin | Review many FLI messages and draft replies, e.g., whether to meet at creditor attorney's office for global settlement; court deadlines, discovery needs in two objections to claimss, adversary status, matters relating to the disclosure statement and plan. Update case file with same. | JON | 0.5 | $165.00 |
| 7/1/13 | Adv | Continue drafting complaint to remove Khan as shareholder. | JON | 0.4 | $132.00 |
| 7/19/13 | Adv | Email to co-counsel re adversaries against Newman and Khan. | FLI | 0.1 | $51.00 |
| 7/22/13 | Adv | Research elements of action to remove Khan as shareholder; discuss same with FLI. | JON | 0.2 | $66.00 |
| 7/23/13 | Adv | Discuss with JN strategy with respect to adversary complaints. | FLI | 0.1 | $51.00 |
| 7/24/13 | Adv | Spoke with B. Block re status of Khan case. | FLI | 0.1 | $51.00 |
| 7/24/13 | Adv | Email to J. Boyle and clients re burden on Mr. Ghori to respond to discovery and participate in other ways in the suit against him filed by Rasool Khan. | FLI | 0.1 | $51.00 |
| 7/24/13 | Adv | Exchange emails with FLI re his draft of an adversary against Khan to enjoin Khan from pursuing Mr. Ghori individually in a state court action. | JON | 0.2 | $66.00 |
| 7/24/13 | Adv | Exchange emails with FLI re adversary against Khan. | JON | 0.1 | $33.00 |
| 7/25/13 | Adv | Thoroughly revise draft of adversary complaint against Khan. | FLI | 1.0 | $510.00 |
| 7/25/13 | Adv | Email draft of complaint to client, co-counsel, and associates with requests for feedback. | FLI | 0.1 | $51.00 |
| 7/25/13 | Adv | Exchange emails with JN re modifying the adversary complaint. | FLI | 0.1 | $51.00 |
| 7/29/13 | Adv | Review messages from FLI re Newman's complaint and EFC notices re same. | JON | 0.1 | $33.00 |
| 7/30/13 | Adv | Exchange emails with JN and associates re Newman's adversary complaint and strategies for dealing with it. | FLI | 0.5 | $255.00 |
| 7/30/13 | Adv | Review many messges from FLI re Newman's adversary complaint and Newman's response to client's objection to Newman's POC. | JON | 0.2 | $66.00 |
| 8/1/13 | Adv | Email to client a copy of Newman's adversary complaint. | FLI | 0.1 | $51.00 |
| 8/5/13 | Adv | Legal research for adversary re case law relating to freeze-out of ex-shareholder of Debtor under the Business Corporation Act. | JON | 1.3 | $429.00 |
| 8/6/13 | Adv | Researched the law for a possible motion to dismiss the adversary complaint | AZ | 0.5 | $87.50 |
| 8/6/13 | Adv | Emails to co-counsel and AZ re moving to dismiss Newman's adversary complant as violative o § 362(a)(1) and (6). | FLI | 0.1 | $51.00 |
| 8/9/13 | Adv | Further legal research re declaratory judgnemtn actions re federal vs. state law in relevant actions. Examine results when issue is considered substantive rather than procedural. | JON | 0.5 | $165.00 |
| 8/9/13 | Adv | PER FLI REQUEST REVIEW NEWMANS RESPONSE TO OBJ TO POC AND HIS ADV CMPLAINT AND DO LEGAL RESEARCH FOR REPLY TO RESPONSE | JON | 1.7 | $561.00 |
| 8/10/13 | Adv | Draft motion to dismiss adversary complaint filed by Steve Newman. | FLI | 2.5 | $1,275.00 |
| 8/12/13 | Adv | Researched cases for our motion to dismiss adversary complaint | AZ | 1.2 | $210.00 |

*Handwritten annotations in margin: "(12) -51.00" next to 8/29/13 entries; "(4) -51.00" next to 7/23/13 area; "-$102.00" at bottom right.*

| Date | Category | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 8/12/13 | Adv | Spoke with AZ re research to support arguments in motion to dismiss Newman's complaint. | FLI | 0.2 | $102.00 |
| 8/12/13 | Adv | Discuss issues with AZ and search for 7th circuit cases related to the filing of adversaries against the debtor in this circuit. | FLI | 0.4 | $204.00 |
| 8/13/13 | Adv | Continued research for motion to dismiss | AZ | 0.4 | $70.00 |
| 8/13/13 | Adv | Discuss case law and strategy with AZ for moving to dismiss Newman's adversary complaint. | FLI | 0.3 | $153.00 |
| 8/14/13 | Adv | Drafted motion to dismiss adversary complaint | AZ | 1.4 | $245.00 |
| 8/15/13 | Adv | Review AZ draft of motion to dismiss Newman adversary. | JON | 0.2 | $66.00 |
| 8/19/13 | Adv | Revised and filed motion to dismiss complaint | AZ | 0.6 | $105.00 |
| 8/20/13 | Adv | Email to client re approaches to adversary cases. | FLI | 0.2 | $102.00 |
| 8/23/13 | Adv | Legal research for Khan's adversary complaint; revise draft. | JON | 1.4 | $462.00 |
| 7/2/13 | CM | Exchange emails with MT re Ghori request for loan. | FLI | 0.1 | $51.00 |
| 7/2/13 | CM | Email to clients and co-counsel re attempt to borrow money from TFA. | FLI | 0.1 | $51.00 |
| 7/24/13 | CM | Email to MT re client's claim that it is being charged for the fees of Transit Funding's attorney. | FLI | 0.1 | $51.00 |
| 7/26/13 | CM | Send email to MT re various issues: cash collateral order, executory contract, assumption of contract in plan. | FLI | 0.2 | $102.00 |
| 8/20/13 | CM | Court appearance re Khan's motion to take 2004 exam. Court denied the motion. | FLI | 0.1 | $51.00 |
| 8/22/13 | CM | Spoke with M. Tannen re Transit Funding and possible negotiating with creditors to reduce litigation costs. | FLI | 0.2 | $102.00 |
| 8/22/13 | CM | Email to client and co-counsel re paying off Transit Funding, sale of medallion, objections to claims, and other matters. | FLI | 0.2 | $102.00 |
| 8/23/13 | CM | Exchange emails with Steve Mikuzis re possible settlement discussions. | FLI | 0.1 | $51.00 |
| 8/29/13 | CM | Exchange emails with John Sheid re possible settlement conference with a group of attorneys. | FLI | 0.2 | $102.00 |
| 7/25/13 | Cred | Spoke with MT re Transif Funding's claims as a secured creditor | FLI | 0.2 | $102.00 |
| 7/25/13 | Cred | Email to client re response of Transit Funding to inquiry. | FLI | 0.1 | $51.00 |
| 7/27/13 | Cred | Email to MT re duplicate proof of claim (No. 9 and No. 5). | FLI | 0.1 | $51.00 |
| 8/11/13 | Cred | Review many FLI messages and draft replies e.g. case management, Newman's adveeersary and motion to dismiss it; ideas for reply to response to objection to POC, reply to Khan's response to Objection to POC, research re procedures for filing reply to said responses. Update case file with same. | JON | 0.4 | $132.00 |
| 7/24/13 | DS&P | Direct AZ to begin drafting a disclosure statement and plan that includes the three entities "substantively consolidated" in the Ghori chapter 11 case. | FLI | 0.2 | $102.00 |
| 7/24/13 | DS&P | Exchange emails with FLI re status of paln. | JON | 0.1 | $33.00 |
| 7/25/13 | DS&P | Began work on the DS&P | AZ | 0.5 | $87.50 |
| 7/25/13 | DS&P | Email to AZ are draft of the plan. | FLI | 0.1 | $51.00 |
| 7/25/13 | DS&P | Email to co-counsel and associate re completing plan. | FLI | 0.1 | $51.00 |
| 7/25/13 | DS&P | Work on revising disclosure statement. | FLI | 1.0 | $510.00 |
| 7/26/13 | DS&P | Continued to work on the disclsoure statement | AZ | 1.2 | $210.00 |
| 7/27/13 | DS&P | Review claims and incorporate treatment of claims into disclosure statement; further develop disclosure statement's recent history aand background, and plst-filing activities. | FLI | 2.3 | $1,173.00 |
| 7/27/13 | DS&P | Further work on drafting and revising the disclosure statement. | FLI | 2.1 | $1,071.00 |
| 7/27/13 | DS&P | Complete draft of disclosure statement | FLI | 1.5 | $765.00 |
| 7/27/13 | DS&P | Exchange emails with co-counsel and AZ re draft of disclosure statement. | FLI | 0.1 | $51.00 |

*Handwritten annotations: "(13)", "-4,104.5", and at bottom "-$4,104.50"*

| Date | Category | Description | Who | Hours | Amount |
|---|---|---|---|---|---|
| 7/28/13 | DS&P | Exchange emails with Mujeeb re information needed for disclosure statement. | FLI | 0.1 | $51.00 |
| 7/29/13 | DS&P | Worked on Exhibits for DS&P | AZ | 0.6 | $105.00 |
| 7/29/13 | DS&P | Exchange enauk wutg JN re draft of plan. | FLI | 0.1 | $51.00 |
| 7/29/13 | DS&P | Review draft of proposed plan; exchange emails with FLI re contents; save draft to file and update case file. | JON | 0.2 | $66.00 |
| 7/30/13 | DS&P | Meet with client and JN re revising disclosure statement and plan. | FLI | 3.5 | $1,785.00 |
| 7/30/13 | DS&P | Exchange emails with FLI re status of disclosure statement and plan | JON | 0.1 | $33.00 |
| 7/30/13 | DS&P | Spoke with FLI re meeting with clients to examine thoroughly the disclosure statement and plan and prepare for filing it tomorrow. | JON | 0.1 | $33.00 |
| 7/30/13 | DS&P | Meet with clients and FLI to examine disclosure statement and plan in great detail, including treatment in the plan of Newman and Khan. | JON | 3.0 | $990.00 |
| 8/1/13 | DS&P | Drafted and filed a motion to extend time to file DS&P | AZ | 0.8 | $140.00 |
| 8/1/13 | DS&P | Review exhibit of projected income and expenses for 5 years, as prepared by Mujeeb. Respond with formats for such exhibits and the need to set forth the projected plan payments.; | FLI | 0.5 | $255.00 |
| 8/1/13 | DS&P | Spokew ith Mujeeb re revising the exhibit. | FLI | 0.1 | $51.00 |
| 8/1/13 | DS&P | Spoke with Mujeeb re 5-year projection of income, expenses, and funds available for distribution under the plan. | FLI | 0.1 | $51.00 |
| 8/1/13 | DS&P | Discuss with AZ changes needed in disclosure statement and plan. | FLI | 0.5 | $255.00 |
| 8/1/13 | DS&P | Review and revise motion to extend time to file DS&P. | FLI | 0.2 | $102.00 |
| 8/9/13 | DS&P | Send drafts of DS&P to JN for comment and basis for allegations in objections and complaints. | FLI | 0.1 | $51.00 |
| 8/10/13 | DS&P | Review and revise draft of Plan. | FLI | 0.2 | $102.00 |
| 8/20/13 | DS&P | Court appearance re status on DS&P and motion to extend time to file DS&P. Court granted motion and extended date to 12/2/13. | FLI | 0.2 | $102.00 |
| 8/20/13 | DS&P | Email to client re all that needs to go into preparing the DS&P. | FLI | 0.2 | $102.00 |
| 8/28/13 | DS&P | Meet with client to discuss strategy for plan. | FLI | 0.3 | $153.00 |
| 7/1/13 | Fee | Drafted second fee application | Clerk | 2.0 | $200.00 |
| 7/1/13 | Fee | Reviewed AZ's edits to draft and corrected draft | Clerk | 0.3 | $30.00 |
| 7/1/13 | Fee | Prepared cover sheet and proposed order for second fee application | Clerk | 0.3 | $30.00 |
| 7/1/13 | Fee | Made FLI's corrections and worked with AZ to file | Clerk | 0.5 | $50.00 |
| 7/1/13 | Fee | Prepared copies of second fee application to mail to interested parties, and mailed to interested parties | Clerk | 0.4 | $40.00 |
| 7/1/13 | Fee | Review and revise 2nd application for fees. | FLI | 0.2 | $102.00 |
| 7/1/13 | Fee | Rev iew EFC notices re fililng of 2nd fee petition; update case file; save filed copies of court documents. | JON | 0.1 | $33.00 |
| 7/6/13 | Fee | Exchange emails with Mujeeb re payment of attorney fees. | FLI | 0.1 | $51.00 |
| 7/24/13 | Fee | Appeared in court for 2nd application for fees | AZ | 0.4 | $70.00 |
| 7/24/13 | Fee | Direct AZ to attend court on the 2nd application for fees; meet with him afterward to discuss outcome. | FLI | 0.1 | $51.00 |
| 8/31/13 | Fee | Edit time sheets from JN to match format for collation. | FLI | 0.4 | $204.00 |
| 6/29/13 | Obj | Review suggested revisions from JN re objection to claim of Rasool Khan. Make changes. | FLI | 0.2 | $102.00 |
| 6/29/13 | Obj | Make final revisions to objection to claim of S. Newman. | FLI | 0.1 | $51.00 |
| 6/29/13 | Obj | File with the court the objection to claim no. 1 and notice of hearing. | FLI | 0.1 | $51.00 |
| 6/29/13 | Obj | File with the court the objection to claim no. 2 and notice of hearing. | FLI | 0.1 | $51.00 |
| 6/29/13 | Obj | Draft and mail letter to client along with copies of two objections to claims. | FLI | 0.1 | $51.00 |
| 7/1/13 | Obj | Exchangenumerous emails with co-counsel re objections to claims of Khan and Newman; | JON | 0.3 | $99.00 |

*handwritten annotations:* $4,478 (13); -51.00; -51.00 (12)

−$4,580.00

| Date | Type | Description | Atty | Hrs | Amount | |
|---|---|---|---|---|---|---|
| 7/1/13 | Obj | Review draft of amended objection to Newman's claim; send email to co-counsel re emendations. | JON | 0.2 | $66.00 | |
| 7/2/13 | Obj | Review and revise objection to Claim No. 2-1. | FLI | 0.5 | $255.00 | ⑫ |
| 7/3/13 | Obj | File Amended Objection to Claim No.2-1. | FLI | 0.1 | $51.00 | -51.00 |
| 7/17/13 | Obj | Spoke with John Scheid, attorney for Newman, re possible settlement. | FLI | 0.1 | $51.00 | |
| 7/19/13 | Obj | Exchange emails with MT re objection to Newman's claim. | FLI | 0.1 | $51.00 | |
| 7/22/13 | Obj | Exchange emails with JN re court hearing on objections to claims. | FLI | 0.1 | $51.00 | |
| 7/22/13 | Obj | Exchange emails with FLI re possible adversary against Khan and objection to Khan's proof of claim. | JON | 0.2 | $66.00 | |
| 7/23/13 | Obj | Discuss strategy with JN re objections to claims. | FLI | 0.1 | $51.00 | |
| 7/24/13 | Obj | Email to J. Scheid re objection to the proof of claim of Steve Newman. | FLI | 0.1 | $51.00 | |
| 7/24/13 | Obj | Exchange emails with FLI re Khan's claim. | JON | 0.1 | $33.00 | |
| 7/31/13 | Obj | Spoke with John Scheid, attorney for Newman, re Newman's complaint and soon-to-be-filed response to Debtor's objection to his proof of claim. | FLI | 0.1 | $51.00 | |
| 7/31/13 | Obj | Email to JN re Newman's attorney's approach to settlement. | FLI | 0.1 | $51.00 | |
| 7/31/13 | Obj | Exchange messsages with FLI re Newman's newly filed response to our objection to his POC and his attorney's effort to open settlement discussions; discuss our strategy for possible complaint against Newman, treatment in the plan, and other matters. | JON | 0.3 | $99.00 | |
| 8/1/13 | Obj | Review Newman's response to Debtor's objection to his POC. Forward to legal team with request for comments. | FLI | 0.2 | $102.00 | |
| 8/1/13 | Obj | Exchange emails with JN re rescheduling hearing re objection to claims from 7/6 to 7/20. | FLI | 0.1 | $51.00 | ⑫ |
| 8/1/13 | Obj | Email to client a copy of Newman's response to client's objection to Newman's proof of claim. | FLI | 0.1 | $51.00 | -51.00 |
| 8/3/13 | Obj | Exchange emails with JN re what needs to be done to complete rescheduling re objection to claims from 8/6 to 8/20. | FLI | 0.1 | $51.00 | |
| 8/5/13 | Obj | Review FLI messages re resetting hearings on objections to proofs of claim; draft replies to him, update case file with new info. | JON | 0.3 | $99.00 | |
| 8/6/13 | Obj | Drafted and filed amended hearing notices on objections to claims | AZ | 0.3 | $52.50 | |
| 8/9/13 | Obj | Per FLI request, review Khan's response to Ghori's objection to his proof of claim; do legal research in preparation for meeting with FLI and AZ. | JON | 0.4 | $132.00 | |
| 8/12/13 | Obj | Review Ruls re objections to claim. | FLI | 0.1 | $51.00 | |
| 8/12/13 | Obj | Direct AZ and KF to research issues for reply brief to Newman's proof of claim. | FLI | 0.1 | $51.00 | |
| 8/12/13 | Obj | Email to JN re status of reply to Newman's response to Ghori's objection to Newman's claim. | FLI | 0.1 | $51.00 | |
| 8/12/13 | Obj | Spoke with JN re status of research and drafting of a reply to the response of Newman to Ghori's objection to claim. | FLI | 0.2 | $102.00 | |
| 8/12/13 | Obj | Reviewed research with KF re objecting to Newman's notion that it had a right to file a proof of claim in the first place. | FLI | 0.2 | $102.00 | |
| 8/12/13 | Obj | Email to JN re further arguments opposing Newman's proof of claim. | FLI | 0.1 | $51.00 | |
| 8/12/13 | Obj | Legal research for drafting replies to Newman's Response and Khan's Response to Ghori's objections to their proofs of claim. | JON | 0.2 | $66.00 | |
| 8/12/13 | Obj | Review FLI messages re research into drafting reply to Newman;'s response to Ghori's objection to claim. Clairfy other research topics for FLIPC's staff, e.g., conflict between state and fedeeral law, Rule 408 settlement nondisclosures, effect of order denying specific performance while granting Debtor's motion to reject a contract, and issue preclusion effect. Update case file. | JON | 0.5 | $165.00 | |
| 8/13/13 | Obj | Call FLI in response to questions re status of drafts of two replies to responses to objections to claims. | JON | 0.2 | $66.00 | |

-$102.00

| Date | Type | Description | Atty | Hrs | Amount |
|---|---|---|---|---|---|
| 8/14/13 | Obj | Review messages from FLI re status of drafts of replies to responses to two objections to POCs, including recent research re issues. Update case file. | JON | 0.5 | $165.00 |
| 8/15/13 | Obj | Legal research for reply to response to objection to POC in re Rule 408 and defenses. | JON | 0.2 | $66.00 |
| 8/15/13 | Obj | Legal research and draft reply to Newman's response to Ghori's objection to his claim. | JON | 1.0 | $330.00 |
| 8/15/13 | Obj | Draft reply to Khan's response to Debtor's objection to his POC. | JON | 0.9 | $297.00 |
| 8/16/13 | Obj | Revised and filed reply to response to Claim No. 1 | AZ | 0.5 | $87.50 |
| 8/16/13 | Obj | Revised and filed reply to response to Claim No. 2 | AZ | 0.5 | $87.50 |
| 8/16/13 | Obj | More legal research and drafting reply to Newman's response to Debtor's objection to his POC. | JON | 4.4 | $1,452.00 |
| 8/17/13 | Obj | Review and revise drafts by JN of replies to responses to objections to POCs of Newman and Khan. | FLI | 0.5 | $255.00 |
| 8/17/13 | Obj | Direct AZ to prepare reply briefs for filing and to file them, objecting to the claims of Newman and Khan. | FLI | 0.1 | $51.00 |
| 8/19/13 | Obj | Email to client re hearing on objections to claims of Newman and Khan. | FLI | 0.1 | $51.00 |
| 8/19/13 | Obj | Spoke with Judge Wedoff's clerk re hearing on objections to claims. | FLI | 0.1 | $51.00 |
| 8/19/13 | Obj | Email to co-counsel and AZ re covering varous matters on the call tomorrow, including hearing on objections to claims. | FLI | 0.1 | $51.00 |
| 8/19/13 | Obj | Send emails to opposing counsel representing Newman and Khan re status hearing tomorrow, but no evidentiay hearing. | FLI | 0.2 | $102.00 |
| 8/19/13 | Obj | Send email to co-counsel and AZ re hearing tomorrow. | FLI | 0.1 | $51.00 |
| 8/19/13 | Obj | Send email to client re hearing tomorrow on objections to claims of Newman and Khan. | FLI | 0.1 | $51.00 |
| 8/19/13 | Obj | Send email to M. Tannen re status hearing tomorrow. | FLI | 0.1 | $51.00 |
| 8/19/13 | Obj | Exchange email with Steve Mikuzis re grounds for pursuing settlement discussions. | FLI | 0.1 | $51.00 |
| 8/19/13 | Obj | Spoke with JN re terms upon which settlement negotiations with Khan and Newman might be productive. | FLI | 0.2 | $102.00 |
| 8/19/13 | Obj | Email to Newman's attorneys re possible settlement discussions. | FLI | 0.2 | $102.00 |
| 8/20/13 | Obj | Court appearance re objection to Claims Nos. 1 & 2; obtain discovery schedule and trial date. . | FLI | 0.7 | $357.00 |
| 8/20/13 | Obj | Email to client re scheduling litigation events to prepare for evidentiary hearing on November 22. | FLI | 0.2 | $102.00 |
| 8/20/13 | Obj | Email to co-counsel re meeting to organize discovery. | FLI | 0.2 | $102.00 |
| 8/23/13 | Obj | Further exchanges of email with Khan's attorney. | FLI | 0.1 | $51.00 |
| 8/24/13 | Obj | Exchange emails with JN re negotiations with Khan and filing an adversary against him. | FLI | 0.1 | $51.00 |
| 8/28/13 | Obj | Meet with client to discuss objections to the claims of Newman and Khan. | FLI | 0.8 | $408.00 |
| 7/1/13 | Resrch | Continue legal research for drafting adversary complaint for Khan's removal as shareholder.. | JON | 0.3 | $99.00 |
| 7/18/13 | Resrch | Research for motion to merge three debtor corporations into one debtor corporation. | JON | 0.6 | $198.00 |
| 7/26/13 | Resrch | Whether a creditor is required to file his written response within the 35 days mandated to hold a hearing on an objection to a proof of claim, or whether he may ask at the hearing for time to respond | Clerk | 1.0 | $100.00 |
| 7/26/13 | Resrch | Direct clerk to research procedures for objections to claims. | FLI | 0.1 | $51.00 |
| 7/26/13 | Resrch | Discuss research re objections to claim with AZ and clerk. | FLI | 0.1 | $51.00 |
| 7/29/13 | Resrch | Conduct initial research re requirement that the stay be lifted before a suit can be filed against the debtor. | JON | 0.1 | $33.00 |

| Date | | Description | | Hours | Amount | |
|---|---|---|---|---|---|---|
| 7/30/13 | Resrch | Dirrct LB to research issues raised by Newman's filing of a complaint against the debtors. | FLI | 0.2 | $102.00 | |
| 7/30/13 | Resrch | Research into basis for Khan adversary, including application of declaratory judgment act and Bankruptcy Rule 7001-9. | JON | 0.3 | $99.00 | (13) |
| 7/31/13 | Resrch | Research on whether a creditor must respond to an objection to a proof of claim by the hearing date, or whether he is afforded time to respond at the hearing date | Clerk | 1.9 | $190.00 | -190.00 |
| 8/1/13 | Resrch | Researched violations of automatic stay | Clerk2 | 2.2 | $220.00 | -220.00 (4) |
| 7/24/13 | Resrch | Research issues in draft of adversary to enjoin Khan as well as in connection with freezing out Khan as sharehold of a debtor who is merging three corporations into one new corporatio. | JON | 0.5 | $165.00 | |
| 8/2/13 | Resrch | Research on the meaning of "cash collateral" and "executory contract" and whether situation constitutes an executory contract | Clerk | 4.6 | $460.00 | |
| 8/10/13 | Resrch | Research removal of state court case to bankruptcy court. | FLI | 0.2 | $102.00 | |
| 8/12/13 | Resrch | Research on potential replies to responses to our objections to claims | Clerk | 4.5 | $450.00 | |
| 8/13/13 | Resrch | Researched automatic stay re adverserial claims already in state court | Clerk | 4.2 | $420.00 | |
| 8/13/13 | Resrch | Legal research for reply to Newman's response to Ghori's Objection to Newman's POC.  Research scope of Fed. Rule 408. | JON | 0.1 | $33.00 | |
| 8/14/13 | Resrch | Research on what happens when a party to a contract is offered a remedy through an agreed upon liquidated damages clause, but refuses such remedy, and whether he can then seek contractual damages | Clerk | 1.8 | $180.00 | -$40.0 |

| | | | | |
|---|---|---|---|---|
| | | Admin | 10.3 | $3,892.00 |
| | | Adv | 16.3 | $5,805.50 |
| | | CM | 1.3 | $663.00 |
| | | Cred | 0.8 | $336.00 |
| | | DS&P | 20.1 | $8,582.50 |
| | | Fee | 4.8 | $861.00 |
| | | Obj | 18.2 | $7,100.50 |
| | | Resrch | 22.7 | $2,953.00 |
| TOTAL: | | | 94.5 | $30,193.50 |

- 9,382.50

$ 20,811.00

-$9,382.50 total deductions

-$410.00