**FILED**

**FEB 26 2014**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
)   Case No. 13 B 08275
GHORI NO. 1 CAB CORPORATION, et al )
)
)   Chapter 7
Debtor. )
)

# FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING FOURTH APPLICATION OF FORREST L. INGRAM, ATTORNEY FOR DEBTOR IN POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $15,794.00 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED: | $1,067.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $14,727.00 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $14,727.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(12)   Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

**(13)   No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work, prior to retention, to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

An attorney is required to balance the costs of performing a service and the benefit it will yield to the estate. *See Matter of Taxman Clothing Co.*, 49 F.3d 310, 316 (7th Cir. 1995). The court denies fees for services rendered after it should have become apparent to the attorney that the services would not have yielded a net benefit for the estate. *Id.*

Dated: February 26, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

|  |  | **Forrest L. Ingram, P.C.**<br>*Attorneys and Counsellors*<br>79 W. Monroe, Suite 900<br>Chicago, IL 60603-4907 | **Ghori No. 1 Cab**<br>**Exhibit B** |  |  |
|---|---|---|---|---|---|
| Date | Nature | Item | Atty | Time | Fee |
| 9/4/13 | Admin | Email to MT re court's ruling, Newman's legal position, and Ghori's legal position, to be revealed prior to settlement discussion. | FLI | 0.1 | $51.00 |
| 9/4/13 | Admin | Review FLI message re hearing for our mtd adversary and write a reply to his and review his message to creditors attorney Tannen re his settlement inquiries and update case file with this info | JON | 0.3 | $99.00 |
| 9/6/13 | Admin | Email to client re status of negotiations with creditors. | FLI | 0.1 | $51.00 |
| 9/7/13 | Admin | Spoke with Mujeeb re settlment issues and fees. | FLI | 0.1 | $51.00 |
| 9/9/13 | Admin | Spoke with Mujeeb Ghori re contested issues re Newman and Khan. | FLI | 0.1 | $51.00 |
| 9/9/13 | Admin | Met with JN, AZ, and LB re various issues to be dealt with in the Ghori matter. | FLI | 0.1 | $51.00 |
| 9/20/13 | Admin | Prepared and filed August operating report | AZ | 0.6 | $~~105.00~~ -105.00 (12) |
| 9/23/13 | Admin | Talk to FLI re settlement in Newman's creditor issues and Khan's creditor issues, and objecting to Newman's discovery under FRCP Rule 34, or Bk Rule 7034 | JON | 0.1 | $33.00 |
| 9/24/13 | Admin | Met with Mujeeb Ghori re objections to claims and cost of the case. | FLI | 0.1 | $51.00 |
| 10/8/13 | Admin | review message of FLI re Khan, Newman issues and per his request review FLI's prior 8-28-13 message re these creditors and misc. issues and deadlines and draft reply message;update case file with this info | JON | 0.2 | $66.00 |
| 10/8/13 | Admin | review message of FLI re Khan, discovery issues and per his request do brief review attached Khan production demand-draft a reply message;update case file with this info | JON | 0.2 | $66.00 |
| 10/8/13 | Admin | review many case calendaring messages and calander dates for misc case activities and draft replies to messages | JON | 0.2 | $66.00 -66.00 (12) |
| 10/9/13 | Admin | review message of FLI re Khan and Newman trial continuance and discovery issues; give new dates in draft a reply message;update case file with this info | JON | 0.1 | $33.00 -33.00 (12) |
| 10/15/13 | Admin | Drafted motion to continue trial end extend discovery | AZ | 0.5 | $87.50 -87.50 (12) |
| 10/16/13 | Admin | Finalzied and filed motion to contintue trial and extend discovery | AZ | 0.7 | $122.50 |
| 10/18/13 | Admin | Edited Motion for TRO and Complaint vs Kahn | Clerk2 | 0.7 | $70.00 |
| 10/21/13 | Admin | Prepared and filed September operating report | AZ | 0.5 | $87.50 -87.50 (12) |
| 10/23/13 | Admin | Record all new dates for status, hearings, discovery cutoff, and other requirements. | FLI | 0.2 | $102.00 -102.00 (12) |
| 10/28/13 | Admin | review cocounsels message re settlement negotiations and car accident affecting the meeting, update case file | JON | 0.1 | $33.00 |
| 10/29/13 | Admin | at request of cocounsel Artur talk to him re outstanding issues e.g. push for settlement by creditors and others especially in light of other cocounsel F. Ingrams out of town car accident's impact on such negotiations | JON | 0.1 | $33.00 |
| 10/30/13 | Admin | Filed motion to continue hearing | AZ | 0.2 | $35.00 -35.00 (12) |
| 10/30/13 | Admin | review very many messages or cocounsels, creditors attys, trustee, debtors state ct atty, re settlement negotiations and continuing two evidence hearings re claims and status of related discovery of two related creditors in light of settlement talks, update case file | JON | 0.8 | $264.00 |

— 551.00

| Date | Type | Description | Atty | Hrs | Amount |
|---|---|---|---|---|---|
| 10/30/13 | Admin | review very many messages or cocounsels, creditors attys, trustee, debtors state ct atty, re settlement negotiations and continuing two evidence hearings re claims and status of related discovery of two related creditors in light of settlement talks, update case file | JON | 0.3 | $99.00 |
| 9/2/13 | Adv | Email to JN re schedule and strategy for motion to dismiss Newman's complaint and for filing complaint against Khan. | FLI | 0.1 | $51.00 |
| 9/3/13 | Adv | Review breifing schedule order entered for motion to dismiss in Newman matter and get copy of motion to prepare for hearing and update case file with possible meeting dates.. | JON | 0.2 | $66.00 |
| 9/4/13 | Adv | Email to JN to schedule meeting re discovery. | FLI | 0.1 | $51.00 |
| 9/4/13 | Adv | Spoke with M. Tannen re possilbility of settlement conference, issues re specific performance and other issues.. | FLI | 0.2 | $102.00 |
| 9/4/13 | Adv | Exchanged emails with co-counsel JN re court's order allowing Newman's attorney to file brief re specific performance. | FLI | 0.1 | $51.00 |
| 9/4/13 | Adv | Appear at hearing for motion to dismiss Newman adversary. | JON | 1.0 | $330.00 |
| 9/5/13 | Adv | Email to JN re adversary against Khan. | FLI | 0.1 | $51.00 |
| 10/11/13 | Adv | Revise adversary complaint against Khan. Send to clients and co-counsel re amendments that may be needed. | FLI | 0.5 | $255.00 |
| 10/11/13 | Adv | Exchange emails with JN re adding counts to the complaint. | FLI | 0.1 | $51.00 |
| 10/11/13 | Adv | review misc messages from FLI PC and state ct case atty all related to same topic of timing of filing new adv per state ct case attys request, draft replies to FLI PC | JON | 0.5 | $165.00 |
| 10/12/13 | Adv | finish draft of new adv vs khan for excluding exshareholder from new corp. | JON | 2.0 | $660.00 |
| 10/16/13 | Adv | Locate and print JN's count to add to adversary complaint. Exchange emails with JN. | FLI | 0.2 | $102.00 |
| 10/16/13 | Adv | Review and revise Counts I and II of the adversary complaint against Rasool Khan. | FLI | 1.1 | $561.00 |
| 10/16/13 | Adv | Exchange emails with JN re review of complaint against Khan. | FLI | 0.1 | $51.00 |
| 10/16/13 | Adv | Spoke with Mujeeb re his review of the amended complaint. | FLI | 0.1 | $51.00 |
| 10/16/13 | Adv | Draft motion for TRO to be filed in the adversary against Khan. | FLI | 1.0 | $510.00 |
| 10/16/13 | Adv | Email to John Scheid re settlement terms. | FLI | 0.1 | $51.00 |
| 10/17/13 | Adv | Revised and proof read adversary complaint | AZ | 0.8 | $140.00 |
| 10/17/13 | Adv | review several messages of FLI PC re drafts of tro motion and of new adv vs khan for excluding exshareholder from new corp. and write reply messages; update case file with new drafts | JON | 0.3 | $99.00 |
| 10/17/13 | Adv | per Fli request review FLI PC's draft of new adv vs khan for excluding exshareholder from new corp. and modify and send him it | JON | 0.2 | $66.00 |
| 10/17/13 | Adv | legal research for new adv vs khan for excluding carryover of liabilities from old corp to new successor corp | JON | 0.1 | $33.00 |
| 10/18/13 | Adv | Prepared and filed adversary complaint | AZ | 0.6 | $105.00 |
| 10/18/13 | Adv | Revised motion for TRO | AZ | 0.3 | $52.50 |
| 10/18/13 | Adv | Filed motion for TRO | AZ | 0.1 | $17.50 |
| 10/18/13 | Adv | Prepared and filed certificate of service | AZ | 0.2 | $35.00 |
| 10/18/13 | Adv | Mailed complaint and motion for TRO to defendant | AZ | 0.3 | $52.50 |
| 10/18/13 | Adv | Further revisions to adversary complaint. | FLI | 0.2 | $102.00 |
| 10/18/13 | Adv | Send emails to client and co-counsel re filing of adversay and of the motion for TRO against Khan. Send copy of documents filed. | FLI | 0.1 | $51.00 |
| 10/18/13 | Adv | Send email to M. Tannen re filing of adversary and motion for TRO agaisnt Khan. Send copy of documents filed. | FLI | 0.1 | $51.00 |
| 10/21/13 | Adv | Met with Mujeeb re strategy with respect to adversary and TRO. | FLI | 0.1 | $51.00 |

Handwritten annotations in right margin:
- (12) -105.00
- (12) -17.50
- (12) -35.00
- -52.50
- (12)

-210.00

| Date | Type | Description | Atty | Hrs | Amount |
|---|---|---|---|---|---|
| 10/21/13 | Adv | review several messages of FLI PC eg to defendant re filed tro motion and filed adv vs khan for excluding exshareholder from new corp. and draft replies eg ref to settlement administrator and update case file with new info and filings and calendar hrg dates | JON | 0.4 | $132.00 |
| 10/22/13 | Adv | Exchange emails with M. Tannen re his objection to our motion for a TRO. | FLI | 0.1 | $51.00 |
| 10/22/13 | Adv | Exchange emakls with JN re hearing tomorrow on motion to continue trial and motion for TRO. | FLI | 0.1 | $51.00 |
| 10/22/13 | Adv | review messages of Tannens objection to debtors TRO motion and write message to cocounsel about baSIS to deny it and update case file with it | JON | 0.2 | $66.00 |
| 10/25/13 | Adv | review many messages and replies on theme of settlement vs litigation from misc parties eg debtors state case atty, Creditor atty Tannen, trustee and cocounsel ;update case file | JON | 0.6 | $198.00 |
| 9/9/13 | CM | Spoke with Mujeeb re adversary for injunctive relief. | FLI | 0.1 | $51.00 |
| 9/21/13 | CM | Review emails from M. Tannen, J. Boyle, and attorneys for creditors re meeting to resolve differences. | FLI | 0.2 | $102.00 |
| 10/8/13 | CM | Email to co-counsel re meeting to coordinate discovery re objections to claims of Newman and Khan, as well as to strategize re plan, dismissing Newman's adversary, and other matters. | FLI | 0.2 | $102.00 |
| 10/9/13 | CM | Exchange emails with co-counsel re | FLI | | $0.00 |
| 10/11/13 | CM | Exchange emails with J. Boyle and others re status of state court action against Mr. Ghori individually, and requirement by the court for a settlement conference on 10/30/13. | FLI | 0.2 | $102.00 |
| 10/16/13 | CM | Reported to M. Ghori re what went on in couirt and outside court today; requested comments of adverwsary against Khan. | FLI | 0.1 | $51.00 |
| 10/16/13 | CM | Email to John Scheid re settlement terms. | FLI | 0.2 | $102.00 |
| 10/17/13 | CM | Send copy of motion for TRO to client with cover letter/email. | FLI | 0.1 | $51.00 |
| 10/17/13 | CM | Revise motion for TRO. | FLI | 0.1 | $51.00 |
| 10/17/13 | CM | Met with Mr. Ghori & Mujeeb re complaint against Khan and motion for TRO. | FLI | 0.2 | $102.00 |
| 10/18/13 | CM | Further revisions to motion for TRO. | FLI | 0.2 | $102.00 |
| 10/19/13 | CM | Begin drafting memorandum of law in support of motion for TRO against Khan. | FLI | 0.5 | $255.00 |
| 10/22/13 | CM | Review Tannen's objection to Motion for TRO. | FLI | 0.1 | $51.00 |
| 10/23/13 | CM | Prepare for court and court appearance re motion for a TRO. | FLI | 0.7 | $357.00 |
| 10/23/13 | CM | Brief discussion with S. Wolfe and attorneys for Khan and Newman re settlement conference. | FLI | 0.1 | $51.00 |
| 10/23/13 | CM | Spoke with M. Ghori re settlement discussions with Khan and Newman. | FLI | 0.1 | $51.00 |
| 10/23/13 | CM | Email to opposing counsel, S. Wolfe, and co-counsel re possible avenues to settlement. | FLI | 0.2 | $102.00 |
| 10/23/13 | CM | Spoke with client re state court case and objections to claims in bankruptcy. | FLI | 0.1 | $51.00 |
| 10/30/13 | CM | Review emails from TM, JB, JN, and SM re conference to settle case. | FLI | 0.2 | $102.00 |
| 10/30/13 | CM | Send email to clients, co-counsel, and opposing cousnel re settlement negotiations | FLI | 0.2 | $102.00 |
| 10/30/13 | CM | Exchange email with M. Tannen re settlement issues. | FLI | 0.1 | $51.00 |
| 10/30/13 | CM | Spoke with S. Mikuzis re settlement. | FLI | 0.2 | $102.00 |
| 10/30/13 | CM | Exchange emails with all parties involved in the settlement negotiations, re conditions for negotiating. | FLI | 0.1 | $51.00 |
| 10/30/13 | CM | Email to JN re dates available for settlement conference. | FLI | 0.1 | $51.00 |
| 10/30/13 | CM | Email to all re condidtions for continuing the hearing on my fees. | FLI | 0.1 | $51.00 |

(12)
-51.00

-51.00

| Date | Category | Description | Atty | Hrs | Amount |
|---|---|---|---|---|---|
| 10/30/13 | CM | Review emails from M. Tannen, S. Mikusus, J. Noland, and J. Boyle re issues relating to settlement conference. | FLI | 0.1 | $51.00 |
| 10/30/13 | CM | Spoke with Mr. Ghori and Mujeeb re possible settlement conference. | FLI | 0.5 | $255.00 |
| 10/30/13 | CM | Review and respond to various emails for participants in the settlement conference. | FLI | 0.2 | $102.00 |
| 10/30/13 | CM | Email to M. Tannen re how his client will benefit if the case is confirmed. | FLI | 0.2 | $102.00 |
| 10/31/13 | CM | Email to M. Tannen re case law that yields the analysis as to how much may be due and owin to Newman. | FLI | 0.1 | $51.00 |
| 10/31/13 | CM | Draft affidavit of Mohammed Ghori. | FLI | 1.4 | $714.00 |
| 10/22/13 | Cred | work on responses of discovery of creditors | JON | 0.3 | $99.00 |
| 10/25/13 | Cred | draft discovery requests to creditors 2;25-3;25 3;30 | JON | 2.2 | $726.00 |
| 10/30/13 | Disc | Spoke with Mujeeb re producing documents requested by Khan. | FLI | 0.1 | $51.00 |
| 10/31/13 | Disc | Draft Request to Admit for service on Rasool Khan. | FLI | 1.7 | $867.00 |
| 10/30/13 | DS&P | Meet with Mr. Ghori and Mujeeb re projected income over five years for disclosure statement. | FLI | 0.5 | $255.00 |
| 9/3/13 | Fee | Drafted third application for fees | Clerk | 1.5 | $150.00 |
| 9/3/13 | Fee | Made edits to third application for fees | Clerk | 0.2 | $20.00 |
| 9/3/13 | Fee | Prepared envelopes to mail third application for fees to service list | Clerk | 0.3 | $30.00 |
| 9/4/13 | Fee | Finalized and filed third fee application | AZ | 0.8 | $140.00 |
| 10/16/13 | Fee | Court appearance re 3rd application for attorney fees. Attorneys for Newman and Khan appeared to ask time to file objections, and court granted their request. | FLI | 0.5 | $255.00 |
| 9/2/13 | Obj | Email to JN re schedule and strategy for evidentiary hearings on objections to Claims Nos. 1 & 2. | FLI | 0.2 | $102.00 |
| 9/3/13 | Obj | Review long message of FLI re two objections to POCs and the need for discovery; check and print court docket; | JON | 0.1 | $33.00 |
| 10/4/13 | Obj | Review docket; send memo to co-counsel re dicovery deadlines and trial dates; assign tasks to litigation team. | FLI | 0.5 | $255.00 |
| 10/4/13 | Obj | Review Khan's request to produce; send a copy to co-counsel with questions and comments. | FLI | 0.2 | $102.00 |
| 10/19/13 | Obj | Begin working on discovery requests with respect to both Newman and Khan. | FLI | 0.5 | $255.00 |
| 10/21/13 | Obj | Exchange email with JN re settlement attempts. | FLI | 0.1 | $51.00 |
| 10/23/13 | Obj | Work on discovery: responses to Khan's request to produce and drafting Debtor's production requests. | FLI | 1.5 | $765.00 |
| 10/23/13 | Obj | Eail to co-counsel re working on discovery response and requests. | FLI | 0.1 | $51.00 |
| 10/30/13 | Obj | Draft motion to extend time for discovery and continue trial date in objections to cliams of Khan and Newman. | FLI | 0.8 | $408.00 |
| 10/31/13 | Obj | Meet with client re facts for discovery. Begin drafting discovery request. | FLI | 1.0 | $510.00 |
| 10/31/13 | Obj | Meet with S. Wolfe and opposing counsel to discuss settlement of two matters. | FLI | 1.5 | $765.00 |
| 9/5/13 | Resrch | Legal research for Newman issue re specifi performance and rejection of contract | JON | 0.5 | $165.00 |

| Category | Hrs | Amount |
|---|---|---|
| Admin | 6.4 | $1,707.50 |
| Adv | 12.3 | $4,512.50 |
| CM | 6.9 | $3,519.00 |
| Cred | 2.5 | $825.00 |
| Disc | 1.8 | $918.00 |
| DS&P | 0.5 | $255.00 |
| Fee | 3.3 | $595.00 |
| Obj | 6.5 | $3,297.00 |

-255.00

|  | Resrch | 0.5 | $165.00 |
|---|---|---|---|
| TOTAL: |  | 40.7 | $15,794.00 |

− 1,067.⁰⁰

$14,727.⁰⁰

−1067.⁰⁰ total deductions