# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GHORI NO. 1 CAB CORPORATION, | § | Case No. 13-08275 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  of the United States Bankruptcy Code was filed on 03/01/2013 .  The case was converted to one under Chapter 7 on  11/06/2013 .  The undersigned trustee was appointed on  03/01/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                      $          73,931.28

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 15,506.45 |
| Bank service fees | 1,960.58 |
| Other payments to creditors | 4,679.32 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $          51,784.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  02/27/2014  and the deadline for filing governmental claims was  02/27/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,945.49 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,945.49 , for a total compensation of $ 6,945.49 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/07/2017                    By:/s/Frances Gecker
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-08275   DLT | Judge:   Deborah L. Thorne |

| | |
|---|---|
| Case Name: | GHORI NO. 1 CAB CORPORATION, |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 11/06/2013 (c) |
| 341(a) Meeting Date: | 12/20/2013 |

For Period Ending:   04/07/2017

Claims Bar Date:   02/27/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  BANK ACCOUNTS - Chase general business combined xxx9797 | 95,000.00 | 95,000.00 | | 33,854.65 | FA |
| 2.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 3.  TAXI MEDALLION - 4586 | 350,000.00 | 100,000.00 | OA | 0.00 | FA |
| 4.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 5.  Void (u)<br><br>Schedules from Case No. 13-08276 - consolidation Order dated 4/10/13. | 0.00 | N/A | | 0.00 | FA |
| 6.  Void (u)<br><br>Schedules from Case No. 13-08276 - consolidation Order dated 4/10/13. | 0.00 | N/A | | 0.00 | FA |
| 7.  TAXI MEDALLION - 4499<br><br>Schedules from Case No. 13-08276 - consolidation Order dated 4/10/13. | 350,000.00 | 227,919.58 | OA | 0.00 | FA |
| 8.  VEHICLES - 2002 Chevy Impala LT<br><br>CHEVY IMPALA 2009<br>Schedules from Case No. 13-08276 - consolidation Order dated 4/10/13.<br>*This vehicle was scheduled as a 2009 but was actually a 2002 vehicle.<br>VIN 2G1WT57K621323218 | 7,000.00 | 1,000.00 | | 1,000.00 | FA |
| 9.  Void (u)<br><br>Meters belong to Yellow Cab - not to the Estate. The meter was returned. | 0.00 | N/A | | 0.00 | FA |
| 10.  Void (u)<br><br>Schedules from Case No. 13-08278 - consolidation Order dated 4/10/13. | 0.00 | N/A | | 0.00 | FA |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 13-08275 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|

Case Name:   GHORI NO. 1 CAB CORPORATION,

Date Filed (f) or Converted (c):   11/06/2013 (c)

341(a) Meeting Date:   12/20/2013

For Period Ending:   04/07/2017

Claims Bar Date:   02/27/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. TAXI MEDALLION - 4568<br><br>Schedules from Case No. 13-08278 - consolidation Order dated 4/10/13. | 350,000.00 | 87,579.00 | OA | 0.00 | FA |
| 12. VEHICLES - 2009 Chevy Impala Cab No. 4499<br><br>Schedules from Case No. 13-08278 - consolidation Order dated 4/10/13.<br>*This vehicle was scheduled as a 2009 but was actually a 2002 vehicle.<br>VIN 2G1WT57N621164511 | 7,000.00 | 500.00 | | 500.00 | FA |
| 13. Void (u)<br><br>Meters belong to Yellow Cab - not to the Estate. The meter was returned. | 0.00 | N/A | | 0.00 | FA |
| 14. BANK ACCOUNTS - Chase business checking xxxx12697 | 6,000.00 | 6,000.00 | | 500.00 | FA |
| 15. BANK ACCOUNTS - Chase Bank business checking - XXX 35959 | 6,000.00 | 6,000.00 | | 500.00 | FA |
| 16. Deposit for Sale of Medallions (u) | 0.00 | 0.00 | | 35,000.00 | FA |
| 17. Tax refund (u) | Unknown | 2,555.11 | | 2,555.11 | FA |
| 18. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 19. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 999 Void (u) 8. | 0.00 | N/A | | 0.00 | FA |
| INT. interest on Tax refund from IRS for 2012 (u) | 0.00 | 0.00 | | 21.52 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,171,000.00   $526,553.69   $73,931.28   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL TAX ISSUES HAVE BEEN RESOLVED AND THE TRUSTEE IS PREPARING A FINAL REPORT.

Exhibit A

Initial Projected Date of Final Report (TFR): 11/15/2014          Current Projected Date of Final Report (TFR): 04/15/2017

**Page: 1**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-08275

Case Name: GHORI NO. 1 CAB CORPORATION,

Taxpayer ID No: XX-XXX0894

For Period Ending: 04/07/2017

Trustee Name: Frances Gecker

Bank Name: Associated Bank

Account Number/CD#: XXXXXX1954

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7479 | Transfer of Funds | | 9999-000 | $55,913.37 | | $55,913.37 |
| 07/08/15 | | Transfer to Acct # xxxxxx7479 | Transfer of Funds | | 9999-000 | | $80.44 | $55,832.93 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $64.25 | $55,768.68 |
| 08/10/15 | 5001 | ILLINOIS DEPT. OF REVENUE P.O. Box 19053 Springfield, IL  62794-9053 | Copies of Tax Returns 2010 thru and including 2014; 36-4280894 | | 2990-000 | | $15.00 | $55,753.68 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $82.91 | $55,670.77 |
| 10/02/15 | | AMERICAN AUCTION ASSOCIATES 515 South Thomas Avenue Bridgeview, Illinois  60455 | Sale of Two Vehicles | | | $1,500.00 | | $57,170.77 |
| | | | Gross Receipts | $1,500.00 | | | | |
| | 12 | | VEHICLES  - 2009 Chevy Impala Cab No. 4499 | $500.00 | 1129-000 | | | |
| | 8 | | VEHICLES - 2002 Chevy Impala LT | $1,000.00 | 1129-000 | | | |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $80.12 | $57,090.65 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $84.83 | $57,005.82 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $82.04 | $56,923.78 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $84.65 | $56,839.13 |

Page Subtotals:                    $57,413.37        $574.24

Case 13-08275    Doc 243    Filed 04/20/17    Entered 04/20/17 15:38:46    Desc Main
Document    Page 7 of 23

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-08275

Case Name: GHORI NO. 1 CAB CORPORATION,

Taxpayer ID No: XX-XXX0894

For Period Ending: 04/07/2017

Trustee Name: Frances Gecker

Bank Name: Associated Bank

Account Number/CD#: XXXXXX1954

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $84.53 | $56,754.60 |
| 02/15/16 | 5002 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK  10017 | BLANKET BOND NO. 10BSBGR6291 | | 2300-000 | | $37.36 | $56,717.24 |
| 03/04/16 | 5001 | ILLINOIS DEPT. OF REVENUE P.O. Box 19053 Springfield, IL  62794-9053 | Copies of Tax Returns 2010 thru and including 2014; 36-4280894 Reversal | | 2990-000 | | ($15.00) | $56,732.24 |
| 03/04/16 | 5003 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNNATI, OH  45999-0013 | FEIN 36-4280894 FORM 1120S  2012 | | 4300-000 | | $5,422.00 | $51,310.24 |
| 03/04/16 | 5004 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH  45999-0013 | FEIN 36-4280894 FORM 1120S  2013 | | 4300-000 | | $5,168.00 | $46,142.24 |
| 03/04/16 | 5005 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH  45999-0013 | FEIN 36-4280894 FORM 1120S  2014 | | 2810-000 | | $4,869.00 | $41,273.24 |
| 07/20/16 | 5006 | AMERICAN AUCTION ASSOCIATES, INC. 5024 West Brittany Drive Arlington Heights, IL  60004 | Expenses for Sale of Vehicles | | 3620-000 | | $345.20 | $40,928.04 |
| 07/28/16 | 17 | UNITED STATES TREASURY KANSAS CITY, MO | TAX REFUND | | 1224-000 | $2,555.11 | | $43,483.15 |
| 09/01/16 | | UNITED STATES TREASURY | REFUND WITH INTEREST FOR 2012 RETURN | | | | ($5,443.52) | $48,926.67 |
| | | DEPARTMENT OF THE TREASURY | | $5,422.00 | 4300-000 | | | |
| | | | interest on Tax refund from IRS for 2012 | $21.52 | 1270-000 | | | |
| 09/01/16 | | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH  45999-0013 | 2013 - refund of interest and penalties from IRS | | 4300-000 | | ($488.68) | $49,415.35 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:

$2,555.11          $9,978.89

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 13-08275 | Trustee Name: | Frances Gecker |
| Case Name: GHORI NO. 1 CAB CORPORATION, | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX1954 |
| | | Checking |
| Taxpayer ID No: XX-XXX0894 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/02/16 | | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH  45999-0013 | Returned Interest from IRS - 2014 Tax returns | 2810-000 | | ($2,369.58) | $51,784.93 |

| | | |
|---|---|---|
| COLUMN TOTALS | $59,968.48 | $8,183.55 |
| Less: Bank Transfers/CD's | $55,913.37 | $80.44 |
| Subtotal | $4,055.11 | $8,103.11 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,055.11 | $8,103.11 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-08275

Case Name: GHORI NO. 1 CAB CORPORATION,

Trustee Name: Frances Gecker

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX7479

GENERAL CHECKING

Taxpayer ID No: XX-XXX0894

For Period Ending: 04/07/2017

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/25/13 | 1 | GHORI NO 1 CAB CORPORATION DEBTOR IN POSSESSION6117 N. SEELEY AVE., APT. 2HCHICAGO, IL 60659 | REVERSED | 1129-000 | $31,000.00 | | $31,000.00 |
| 12/05/13 | 1 | Reverses Deposit # 1 | DEPOSIT RETURNED | 1129-000 | ($31,000.00) | | $0.00 |
| 12/10/13 | | GHORI NO 1 CAB CORPORATION DEBTOR IN POSSESSION6117 N. SEELEY AVE., APT. 2HCHICAGO, IL 60659 | BANK ACCOUNT | | $31,000.00 | | $31,000.00 |
| | | | Gross Receipts              $31,000.00 | | | | |
| | 1 | | BANK ACCOUNTS - Chase      $30,000.00 general business combined xxx9797 | 1129-000 | | | |
| | 14 | | BANK ACCOUNTS - Chase        $500.00 business checking xxxx12697 | 1129-000 | | | |
| | 15 | | BANK ACCOUNTS - Chase        $500.00 Bank business checking - XXX 35959 | 1129-000 | | | |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $43.10 | $30,956.90 |
| 01/31/14 | 16 | P.T.K. INC. Popular Community Bank2525 N. Kedzie Blvd.Chicago, IL  60647 | DEPOSIT ON TAXI MEDALLION | 1229-000 | $15,000.00 | | $45,956.90 |
| 02/03/14 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70130 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $66.22 | $45,890.68 |
| 02/06/14 | 10001 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUEBRIDGEVIEW, IL 60455 | AUCTIONEER EXPENSES Order 11/26/13 | 3620-000 | | $860.00 | $45,030.68 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $46.03 | $44,984.65 |
| 03/05/14 | 10002 | CITY OF CHICAGO Dept. of Business Affairs andConsumer ProtectionCity Hall, Room 800121 N. LaSalle StreetChicago, IL  60602 | Account No. 13174 Legal Name:  UBOO Cab Corporation | 2820-000 | | $1,429.50 | $43,555.15 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*          Page Subtotals:                              $46,000.00        $2,444.85

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-08275 | Trustee Name: Frances Gecker | |
| Case Name: GHORI NO. 1 CAB CORPORATION, | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX7479 | |
| | GENERAL CHECKING | |
| Taxpayer ID No: XX-XXX0894 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/05/14 | 10003 | CITY OF CHICAGO Dept. of Business Affairs andConsumer ProtectionCity Hall, Room 800121 N. LaSalle StreetChicago, IL  60602 | Account No. 13176 Legal Name:  Ghori # 1 Cab Corporation | 2820-000 | | $1,404.50 | $42,150.65 |
| 03/05/14 | 10004 | CITY OF CHICAGO Department of Business Affairs and Consumer ProtectionPublic Vehicle Operations Division2350 W. Ogden Avenue, First FloorChicago, IL 60608 | Account No. 13174 Account Name:  UBOO Cab Corporation | 2820-000 | | $1,200.00 | $40,950.65 |
| 03/05/14 | 10005 | CITY OF CHICAGO Department of Business Affairs and Consumer ProtectionPublic Vehicle Operations Division2350 W. Ogden Avenue, First FloorChicago, IL 60608 | Account No. 13176 Account Name:  GHORI #1 CAB CORPORATION | 2820-000 | | $1,200.00 | $39,750.65 |
| 03/06/14 | 10003 | Reverses Check # 10003 | Account No. 13176 Wrong amount of check. Estate owes City additional sums. | 2820-000 | | ($1,404.50) | $41,155.15 |
| 03/06/14 | 10002 | Reverses Check # 10002 | Account No. 13174 Wrong amount of check - Estate owes additional back charges to City than was originally anticipated. | 2820-000 | | ($1,429.50) | $42,584.65 |
| 03/06/14 | 10006 | CITY OF CHICAGO Dept. of Business Affairs andConsumer ProtectionCity Hall, Room 800121 N. LaSalle StreetChicago, IL  60602 | Account No. 13174 Legal Name:  UBOO Cab Corporation | 2820-000 | | $3,470.62 | $39,114.03 |
| 03/06/14 | 10007 | CITY OF CHICAGO Dept. of Business Affairs andConsumer ProtectionCity Hall, Room 800121 N. LaSalle StreetChicago, IL  60602 | Account No. 13176 Legal Name:  Ghori # 1 Cab Corporation | 2820-000 | | $2,290.81 | $36,823.22 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $59.74 | $36,763.48 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $58.57 | $36,704.91 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $52.81 | $36,652.10 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Page Subtotals:                    $0.00          $6,903.05

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-08275 | Trustee Name: Frances Gecker |
| Case Name: GHORI NO. 1 CAB CORPORATION, | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7479 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX0894 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/14 | 1 | JPMORGAN CHASE BANK, N.A. PHOENIX, AZ | Debtor's Bank Account | 1129-000 | $3,854.65 | | $40,506.75 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $56.52 | $40,450.23 |
| 07/02/14 | 16 | LAW OFFICES OF CHARLES L. GOODBAR I CLIENT TRUST ACCOUNT724 W. WASHINGTON BLVD.CHICAGO, IL 60661CLIENT:  EVGENY FREIDMAN Med 4499 & 4568 | DEPOSIT ON SALE OF MEDALLIONS | 1229-000 | $20,000.00 | | $60,450.23 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $58.20 | $60,392.03 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $87.86 | $60,304.17 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $89.66 | $60,214.51 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $86.64 | $60,127.87 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.39 | $60,038.48 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.38 | $59,952.10 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.12 | $59,862.98 |
| 01/26/15 | 10008 | CITY OF CHICAGO Dept. of Finance and Business Affairs City Hall, Room 800121 N. LaSalle StreetChicago, IL   60602 | Account No. 13171 Legal Name:  Ghori # 1 Cab Corporation Medallion No. 4499 License Renewal Reversal Wrong department and wrong address | 2820-000 | | ($2,053.85) | $61,916.83 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*          Page Subtotals:                    $23,854.65          ($1,410.08)

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-08275

Case Name: GHORI NO. 1 CAB CORPORATION,

Taxpayer ID No: XX-XXX0894

For Period Ending: 04/07/2017

Trustee Name: Frances Gecker

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX7479

GENERAL CHECKING

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | 10008 | CITY OF CHICAGO Dept. of Finance and Business Affairs City Hall, Room 800121 N. LaSalle StreetChicago, IL   60602 | Account No. 13171 Legal Name:  Ghori # 1 Cab Corporation Medallion No. 4499 License Renewal License Renewal | 2820-000 | | $2,053.85 | $59,862.98 |
| 01/26/15 | 10009 | CITY OF CHICAGO, DEPARTMENT OF FINANCE 22149 Network Place Chicago, IL   60673-1221 | Account No. 13171 - Medallion No. 4499 | 2820-000 | | $2,053.85 | $57,809.13 |
| 02/03/15 | 10010 | CITY OF CHICAGO DEPT. OF BUSINESS AFFAIRS AND CONSUMER PROTECTION 2350 W. OGDEN AVE., FIRST FL CHICAGO, IL   60608 | Medallion #4499 - License Renewal Fee | 2820-000 | | $1,200.00 | $56,609.13 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.61 | $56,520.52 |
| 02/10/15 | 10011 | ARTHUR B. LEVINE COMPANY Attn:  Maria Sponza 60 East 42nd Street, Room 965 New York, NY   10165 | Bond No. 10BSBGR6291 | 2300-000 | | $32.97 | $56,487.55 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.41 | $56,411.14 |
| 03/23/15 | 10012 | Illinois Department of Revenue Records Management Division 2-202 PO Box 19014 Springfield, IL   62794-9014 | Copies of Tax Returns 2010 thru and including 2014; 36-4280894 | 2690-000 | | $25.00 | $56,386.14 |
| 03/23/15 | 10013 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE RAIVS TEAM P.O. BOX 145500 STOP 2800 F CINCINNATI, OH   45250 | Copies of Tax Returns 2010 thru and including 2014; 36-4280894 | 2690-000 | | $250.00 | $56,136.14 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.84 | $56,052.30 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Page Subtotals: $0.00   $5,864.53

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-08275 | Trustee Name: Frances Gecker |
| Case Name: GHORI NO. 1 CAB CORPORATION, | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7479 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX0894 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.68 | $55,971.62 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.25 | $55,888.37 |
| 07/07/15 | 10012 | Illinois Department of Revenue Records Management Division 2-202 PO Box 19014 Springfield, IL  62794-9014 | Copies of Tax Returns 2010 thru and including 2014; 36-4280894 Reversal | 2690-000 | | ($25.00) | $55,913.37 |
| 07/08/15 | | Transfer from Acct # xxxxxx1954 | Transfer of Funds | 9999-000 | $80.44 | | $55,993.81 |
| 07/08/15 | | Transfer to Acct # xxxxxx1954 | Transfer of Funds | 9999-000 | | $55,913.37 | $80.44 |
| 07/08/15 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank Service Charge | 2600-000 | | $80.44 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $69,935.09 | $69,935.09 |
| Less: Bank Transfers/CD's | $80.44 | $55,913.37 |
| Subtotal | $69,854.65 | $14,021.72 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $69,854.65 | $14,021.72 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1954 - Checking | $4,055.11 | $8,103.11 | $51,784.93 |
| XXXXXX7479 - GENERAL CHECKING | $69,854.65 | $14,021.72 | $0.00 |
| | $73,909.76 | $22,124.83 | $51,784.93 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $73,909.76 |
| Total Gross Receipts: | $73,909.76 |

Page Subtotals:                    $0.00          $0.00

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-08275-ERW                                                                              Date: April 7, 2017

Debtor Name: GHORI NO. 1 CAB CORPORATION,

Claims Bar Date: 2/27/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | FIRST AND FINAL FEE APP | $0.00 | $10,878.60 | $10,878.60 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | FIRST AND FINAL FEE APP EXPENSES | $0.00 | $91.63 | $91.63 |
| 100 3620 | AMERICAN AUCTION ASSOCIATES, INC. 5024 West Brittany Drive Arlington Heights, IL 60004 | Administrative | Expenses for Sale of Cabs | $0.00 | $345.20 | $345.20 |
| 100 2690 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE RAIVS TEAM P.O. BOX 145500 STOP 2800 F CINCINNATI, OH 45250 | Administrative | | $0.00 | $250.00 | $250.00 |
| 100 3110 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois 60654 | Administrative | FIRST AND FINAL FEE APP | $0.00 | $30,944.73 | $30,944.73 |
| 100 3120 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois 60654 | Administrative | FIRST AND FINAL FEE APP | $0.00 | $323.14 | $323.14 |
| 100 2100 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Administrative | | $0.00 | $6,945.49 | $6,945.49 |
| BOND 999 2300 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Administrative | Extended Check Description Notes from conversion: BOND NO. 016026455 | $0.00 | $66.22 | $66.22 |
| 10 100 2950 | OFFICE OF THE U. S. TRUSTEE OFFICE OF THE U.S. TRUSTEE 219 S. DEARBORN ST. ROOM 873 CHICAGO, IL 60604 | Administrative | Quarterly Fee - In re Uboo Cab Corp; 13-08278 (CONSOLIDATED) | $0.00 | $325.00 | $325.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-08275-ERW                                                                  Date: April 7, 2017
Debtor Name: GHORI NO. 1 CAB CORPORATION,
Claims Bar Date: 2/27/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10<br>100<br>2950 | OFFICE OF THE U. S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>219 S. DEARBORN ST. ROOM 873<br>CHICAGO, IL 60604 | Administrative | Quarterly Fee - In re INF Cab; 13-08276 (CONSOLIDATE) | $0.00 | $325.00 | $325.00 |
| 10<br>100<br>2950 | OFFICE OF THE U. S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>219 S. DEARBORN ST. ROOM 873<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $1,951.34 | $1,951.34 |
| 16<br>150<br>6700 | FORREST L. INGRAM<br>FORREST L. INGRAM, P.C<br><B>(ADMINISTRATIVE)</B><br>79 W. MONROE, STE 900<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $35,536.00 | $35,536.00 |
| 2014<br>100<br>2810 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>CINCINNATI, OH  45999-0013 | Administrative | 2014 Federal S Corporation Tax Return Penalties | $0.00 | $2,499.42 | $2,499.42 |
| 13<br>400<br>5800 | MUJEEB GHORI<br>6117 N. SEELEY, #2H<br>CHICAGO, IL 60659 | Priority | | $0.00 | $6,000.00 | $6,000.00 |
| 3<br>400<br>4110 | TRANSIT FUNDING ASSOCIATES 5 LLC<br>C/O MICHAEL M. TANNEN<br>39 S. LASALLE ST. #605<br>CHICAGO, IL 60603 | Secured | MEDALLION #4586 | $0.00 | $250,104.18 | $250,104.18 |
| 4<br>400<br>4110 | SIGNATURE FINANCIAL LLC<br>TRANSIT FUNDING ASSOCIATES 5 LLC<br>C/O MICHAEL M. TANNEN<br>39 S. LASALLE ST. #605<br>CHICAGO, IL 60603 | Secured | DUPLICATE CLAIM OF TRANSIT FUNDING - FOR MEDALLION NO. 4586 (FROM CHAPTER 11 CONSOLIDATED CASE) | $0.00 | $250,104.18 | $0.00 |
| 5<br>400<br>4110 | TRANSIT FUNDING ASSOCIATES LLC<br>CAPITAL ONE TAXI MEDALLION FINANCE LLC<br>C/O MICHAEL M. TANNEN<br>39 S. LASALLE ST. #605<br>CHICAGO, IL 60603 | Secured | MEDALLION NO. 4568 | $0.00 | $26,683.65 | $26,683.65 |

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-08275-ERW                                                                                    Date: April 7, 2017

Debtor Name: GHORI NO. 1 CAB CORPORATION,

Claims Bar Date: 2/27/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>400<br>4110 | TRANSIT FUNDING ASSOCIATES LLC; TRANSIT FUNDING GROUP LLC; C Law Offices of Michael Murphy Tannen, P.C. 39 S. LaSalle Street, Suite 605 Chicago, IL 60603 | Secured | DUPLICATE CLAIM OF TRANSIT FUNDING - FOR MEDALLION NO. 4568 (FROM CHAPTER 11 CONSOLIDATED CASE) | $0.00 | $26,683.65 | $0.00 |
| 7<br>400<br>4110 | TRANSIT FUNDING ASSOCIATES LLC CAPITAL ONE TAXI MEDALLION FINANCE LLC C/O MICHAEL M. TANNEN 39 S. LASALLE ST. #605 CHICAGO, IL 60603 | Secured | MEDALLION NO. 4499 | $0.00 | $34,715.47 | $34,715.47 |
| 8<br>400<br>4110 | TRANSIT FUNDING ASSOCIATES LLC; TRANSIT FUNDING GROUP LLC; C Law Offices of Michael Murphy Tannen, P.C. 39 S. LaSalle Street, Suite 605 Chicago, IL 60603 | Secured | DUPLICATE CLAIM OF TRANSIT FUNDING - FOR MEDALLION NO. 4499 (FROM CHAPTER 11 CONSOLIDATED CASE) | $0.00 | $34,715.47 | $0.00 |
| 9<br>400<br>4110 | TRANSIT FUNDING GROUP LLC C/O MICHAEL M. TANNEN 39 S. LA SALLE ST. #605 CHICAGO, IL 60603 | Secured | DUPLICATE CLAIM OF TRANSIT FUNDING - FOR MEDALLION NO. 4568 (FROM CHAPTER 11 CONSOLIDATED CASE) | $0.00 | $26,683.65 | $0.00 |
| 2012<br>400<br>4300 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH  45999-0013 | Secured | IRS RETURNED THIS PENALTY CHECK WITH INTEREST 2012 PREPETITION TAX RETURN PENALTIES | $0.00 | $5,422.00 | $0.00 |
| 2013<br>400<br>4300 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH  45999-0013 | Secured | 2013 PREPETITION TAX RETURN PENALTIES | $0.00 | $4,679.32 | $4,679.32 |
| 1<br>400<br>7100 | RASOOL KHAN C/O STEVEN P MIKUZIS 535 N. MICHIGAN AVE STE 200 CHICAGO, IL 60611 | Unsecured | ORDER DISALLOWING CLAIM DATED 3/12/14. | $0.00 | $700,000.00 | $0.00 |
| 2<br>300<br>7100 | STEVEN R. NEWMAN C/O MURPHY & HOURIHANE, L.L.C. 161 N. CLARK ST., SUITE 2550 CHICAGO, IL 60601 | Unsecured | AMENDED 7/8/14 | $0.00 | $99,500.00 | $99,500.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-08275-ERW                                                  Date: April 7, 2017

Debtor Name: GHORI NO. 1 CAB CORPORATION,

Claims Bar Date: 2/27/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 11 300 7100 | BASHEER UNISSA WILLIAM MURAKOWSKI, ATTY AT LAW 15 N. NORTHWEST HIGHWAY PARK RIDGE, IL 60068 | Unsecured | | $0.00 | $105,000.00 | $105,000.00 |
| 12 400 7100 | SYED ABDUL MAJID WILLIAM MURAKOWSKI, ATTY AT LAW 15 N. NORTHWEST HIGHWAY PARK RIDGE, IL 60068 | Unsecured | | $0.00 | $22,000.00 | $22,000.00 |
| 14 400 7100 | MUJEEB N. GHORI 6117 N. SEELEY AVE., #2H CHICAGO, IL 60659 | Unsecured | | $0.00 | $138,000.00 | $138,000.00 |
| 15 400 7100 | MOHAMMED GHORI C/O HIMONT LAW GROUP, LTD. 15 N. NORTHWEST HWY PARK RIDGE, ILLINOIS 60068 | Unsecured | | $0.00 | $650,000.00 | $650,000.00 |
| | Case Totals | | | $0.00 | $2,470,773.34 | $1,427,164.39 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

**UST Form 101-7-TFR (5/1/2011)** *(Page: 18)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-08275
Case Name: GHORI NO. 1 CAB CORPORATION,
Trustee Name: Frances Gecker

Balance on hand                                      $        51,784.93

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2012 | DEPARTMENT OF THE TREASURY | $ 5,422.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2013 | DEPARTMENT OF THE TREASURY | $ 4,679.32 | $ 4,679.32 | $ 4,679.32 | $ 0.00 |
| 3 | TRANSIT FUNDING ASSOCIATES 5 LLC | $ 250,104.18 | $ 250,104.18 | $ 0.00 | $ 0.00 |
| 4 | SIGNATURE FINANCIAL LLC | $ 250,104.18 | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | TRANSIT FUNDING ASSOCIATES LLC | $ 26,683.65 | $ 26,683.65 | $ 0.00 | $ 0.00 |
| 6 | TRANSIT FUNDING ASSOCIATES LLC; TRANSIT FUNDING GROUP LLC; C | $ 26,683.65 | $ 0.00 | $ 0.00 | $ 0.00 |
| 7 | TRANSIT FUNDING ASSOCIATES LLC | $ 34,715.47 | $ 34,715.47 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | TRANSIT FUNDING ASSOCIATES LLC; TRANSIT FUNDING GROUP LLC; C | $ 34,715.47 | $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | TRANSIT FUNDING GROUP LLC | $ 26,683.65 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors        $_____0.00

Remaining Balance                             $_____51,784.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 6,945.49 | $ 0.00 | $ 6,945.49 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 30,944.73 | $ 0.00 | $ 30,944.73 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 323.14 | $ 0.00 | $ 323.14 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 10,878.60 | $ 0.00 | $ 10,878.60 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 91.63 | $ 0.00 | $ 91.63 |
| Auctioneer Expenses: AMERICAN AUCTION ASSOCIATES, INC. | $ 345.20 | $ 345.20 | $ 0.00 |
| Fees: OFFICE OF THE U. S. TRUSTEE | $ 2,601.34 | $ 0.00 | $ 2,601.34 |
| Other: DEPARTMENT OF THE TREASURY | $ 250.00 | $ 250.00 | $ 0.00 |
| Other: DEPARTMENT OF THE TREASURY | $ 2,499.42 | $ 2,499.42 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES LTD. | $         66.22 | $         66.22 | $         0.00 |

Total to be paid for chapter 7 administrative expenses                $_____51,784.93

Remaining Balance                                                                          $_____0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: FORREST L. INGRAM | $      35,536.00 | $         0.00 | $         0.00 |

Total to be paid for prior chapter administrative expenses           $_____0.00

Remaining Balance                                                                          $_____0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,000.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | MUJEEB GHORI | $      6,000.00 | $         0.00 | $         0.00 |

Total to be paid to priority creditors                                           $_____0.00

Remaining Balance                                                                          $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,014,500.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | STEVEN R. NEWMAN | $ 99,500.00 | $ 0.00 | $ 0.00 |
| 11 | BASHEER UNISSA | $ 105,000.00 | $ 0.00 | $ 0.00 |
| 1 | RASOOL KHAN | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 | SYED ABDUL MAJID | $ 22,000.00 | $ 0.00 | $ 0.00 |
| 14 | MUJEEB N. GHORI | $ 138,000.00 | $ 0.00 | $ 0.00 |
| 15 | MOHAMMED GHORI | $ 650,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE