IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11, converted to Chapter 7 |
| | ) |
| Ghori No. 1 Cab Corporation, et al. | ) Case No. 13-08275 |
| | ) |
| Debtor. | ) Judge Deborah L. Thorne |

### NOTICE OF FILING OF OBJECTION TO TRUSTEE'S FINAL REPORT

PLEASE TAKE NOTICE that on April 28, 2017, I filed with the Clerk of the Bankruptcy Court in the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois , at 9:30 A.M., my **Objection to the Trustee's Final Report** filed on April 20, 2017, a copy of which is enclosed and served upon you.

/s/ Forrest L. Ingram

Forrest L. Ingram , #3129032
6101E N. Sheridan Rd., #9A
Chicago, IL 60660
773-761-3933
fingram@fingramlaw.com

### CERTIFICATE OF SERVICE

I, Forrest L. Ingram, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached service list by electronic case filing or by U.S. mail, first class, postage prepaid, from 6101 N. Sheridan Rd., Chicago, IL, as indicated on the list, at or before 5:00 p.m. on April 28, 2017.

/s/ Forrest L. Ingram

1

## Service List

**Via CM/ECF:**

**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St. Room 873
Chicago, IL 60604

**John N. Hourihane, Jr.**
Murphy & Hourihane, LLC
161 N. Clark St., Ste 2550
Chicago, IL 60601

**Frances Gecker**
FrankGecker LLP
325 N. LaSalle, Ste. 625
Chicago, IL 60654
312- 276-1400
Fax : 312- 276-0035
Email: mkrohn@fgllp.com