# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re: §
§
GHORI NO. 1 CAB CORPORATION, §    Case No. 13-08275
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

<table>
<tr><td>Assets Abandoned: 1,050,000.00<br>(Without deducting any secured claims)</td><td>Assets Exempt: NA</td></tr>
<tr><td>Total Distributions to Claimants: 4,679.32</td><td>Claims Discharged<br>Without Payment:  NA</td></tr>
<tr><td>Total Expenses of Administration:  69,251.96</td><td></td></tr>
</table>

3) Total gross receipts of $ 73,931.28  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 73,931.28  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 273,990.91 | $ 659,791.57 | $ 316,182.62 | $ 4,679.32 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 69,251.96 | 69,251.96 | 69,251.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 35,536.00 | 35,536.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,000.00 | 6,000.00 | 6,000.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 465,000.00 | 1,714,500.00 | 1,014,500.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 744,990.91 | $ 2,485,079.53 | $ 1,441,470.58 | $ 73,931.28 |

4)  This case was originally filed under chapteron  03/01/2013 , and it was converted to chapter 7 on  11/06/2013 .  The case was pending for 46 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/03/2017                By:/s/Frances Gecker _____

                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS - Chase Bank business checking - XXX 35959 | 1129-000 | 500.00 |
| BANK ACCOUNTS - Chase business checking xxxx12697 | 1129-000 | 500.00 |
| BANK ACCOUNTS - Chase general business combined xxx9797 | 1129-000 | 33,854.65 |
| VEHICLES  - 2009 Chevy Impala Cab No. 4499 | 1129-000 | 500.00 |
| VEHICLES - 2002 Chevy Impala LT | 1129-000 | 1,000.00 |
| Tax refund | 1224-000 | 2,555.11 |
| Deposit for Sale of Medallions | 1229-000 | 35,000.00 |
| interest on Tax refund from IRS for 2012 | 1270-000 | 21.52 |
| TOTAL GROSS RECEIPTS | | $73,931.28 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Associated Bank | Non-Estate Funds Paid to Third Parties | 8500-002 | 0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial Services P.O. Box 5855 Carol Stream, IL 60197-5855 | | 23,990.91 | NA | NA | 0.00 |
| 4 | SIGNATURE FINANCIAL LLC | 4110-000 | 250,000.00 | 250,104.18 | 0.00 | 0.00 |
| 3 | TRANSIT FUNDING ASSOCIATES 5 LLC | 4110-000 | NA | 250,104.18 | 250,104.18 | 0.00 |
| 5 | TRANSIT FUNDING ASSOCIATES LLC | 4110-000 | NA | 26,683.65 | 26,683.65 | 0.00 |
| 7 | TRANSIT FUNDING ASSOCIATES LLC | 4110-000 | NA | 34,715.47 | 34,715.47 | 0.00 |
| 6 | TRANSIT FUNDING ASSOCIATES LLC; TRANSIT FUNDING GROUP LLC; C | 4110-000 | NA | 26,683.65 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | TRANSIT FUNDING ASSOCIATES LLC; TRANSIT FUNDING GROUP LLC; C | 4110-000 | NA | 34,715.47 | 0.00 | 0.00 |
| 9 | TRANSIT FUNDING GROUP LLC | 4110-000 | NA | 26,683.65 | 0.00 | 0.00 |
| 2012 | DEPARTMENT OF THE TREASURY | 4300-000 | NA | 5,422.00 | 0.00 | 0.00 |
| 2013 | DEPARTMENT OF THE TREASURY | 4300-000 | NA | 4,679.32 | 4,679.32 | 4,679.32 |
| TOTAL SECURED CLAIMS | | | $ 273,990.91 | $ 659,791.57 | $ 316,182.62 | $ 4,679.32 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 6,945.49 | 6,945.49 | 6,945.49 |
| ADAMS-LEVINE | 2300-000 | NA | 37.36 | 37.36 | 37.36 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 32.97 | 32.97 | 32.97 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 66.22 | 66.22 | 66.22 |
| Associated Bank | 2600-000 | NA | 563.33 | 563.33 | 563.33 |
| Bank of New York Mellon | 2600-000 | NA | 639.13 | 639.13 | 639.13 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | NA | 758.12 | 758.12 | 758.12 |
| DEPARTMENT OF THE TREASURY | 2690-000 | NA | 250.00 | 250.00 | 250.00 |
| DEPARTMENT OF THE TREASURY | 2810-000 | NA | 2,499.42 | 2,499.42 | 2,499.42 |
| CITY OF CHICAGO | 2820-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| CITY OF CHICAGO, DEPARTMENT OF FINANCE | 2820-000 | NA | 2,053.85 | 2,053.85 | 2,053.85 |
| Department of Business Affairs and  Consumer Protection Public Vehicle Operations Division 2350 W. Ogden Avenue, First Floor Chi | 2820-000 | NA | 2,400.00 | 2,400.00 | 2,400.00 |
| Dept. of Business Affairs and Consumer Protection City Hall, Room 800 121 N. LaSalle Street Chicago, IL   60602 | 2820-000 | NA | 5,761.43 | 5,761.43 | 5,761.43 |
| OFFICE OF THE U. S. TRUSTEE | 2950-000 | NA | 2,601.34 | 2,601.34 | 2,601.34 |
| FRANKGECKER LLP | 3110-000 | NA | 30,944.73 | 30,944.73 | 30,944.73 |
| FRANKGECKER LLP | 3120-000 | NA | 323.14 | 323.14 | 323.14 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 10,878.60 | 10,878.60 | 10,878.60 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 91.63 | 91.63 | 91.63 |
| 8515 S. THOMAS AVENUE BRIDGEVIEW, IL 60455 | 3620-000 | NA | 860.00 | 860.00 | 860.00 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | NA | 345.20 | 345.20 | 345.20 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 69,251.96 | $ 69,251.96 | $ 69,251.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FORREST L. INGRAM | 6700-000 | NA | 35,536.00 | 35,536.00 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 35,536.00 | $ 35,536.00 | $ 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | MUJEEB GHORI | 5800-000 | 6,000.00 | 6,000.00 | 6,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | BASHEER UNISSA | 7100-000 | 105,000.00 | 105,000.00 | 105,000.00 | 0.00 |
| 15 | MOHAMMED GHORI | 7100-000 | NA | 650,000.00 | 650,000.00 | 0.00 |
| 14 | MUJEEB N. GHORI | 7100-000 | 138,000.00 | 138,000.00 | 138,000.00 | 0.00 |
| 1 | RASOOL KHAN | 7100-000 | 0.00 | 700,000.00 | 0.00 | 0.00 |
| 2 | STEVEN R. NEWMAN | 7100-000 | 200,000.00 | 99,500.00 | 99,500.00 | 0.00 |
| 12 | SYED ABDUL MAJID | 7100-000 | 22,000.00 | 22,000.00 | 22,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 465,000.00 | $ 1,714,500.00 | $ 1,014,500.00 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 13-08275 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | GHORI NO. 1 CAB CORPORATION, | | | | Date Filed (f) or Converted (c): | 11/06/2013 (c) |
| | | | | | 341(a) Meeting Date: | 12/20/2013 |
| For Period Ending: | 08/03/2017 | | | | Claims Bar Date: | 02/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. BANK ACCOUNTS - Chase general business combined xxx9797 | 95,000.00 | 95,000.00 | | 33,854.65 | FA |
| 2. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 3. TAXI MEDALLION - 4586 | 350,000.00 | 100,000.00 | OA | 0.00 | FA |
| 4. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 5. Void (u)<br><br>Schedules from Case No. 13-08276 - consolidation Order dated 4/10/13. | 0.00 | N/A | | 0.00 | FA |
| 6. Void (u)<br><br>Schedules from Case No. 13-08276 - consolidation Order dated 4/10/13. | 0.00 | N/A | | 0.00 | FA |
| 7. TAXI MEDALLION - 4499<br><br>Schedules from Case No. 13-08276 - consolidation Order dated 4/10/13. | 350,000.00 | 227,919.58 | OA | 0.00 | FA |
| 8. VEHICLES - 2002 Chevy Impala LT<br><br>CHEVY IMPALA 2009<br>Schedules from Case No. 13-08276 - consolidation Order dated 4/10/13.<br>*This vehicle was scheduled as a 2009 but was actually a 2002 vehicle.<br>VIN 2G1WT57K621323218 | 7,000.00 | 1,000.00 | | 1,000.00 | FA |
| 9. Void (u)<br><br>Meters belong to Yellow Cab - not to the Estate. The meter was returned. | 0.00 | N/A | | 0.00 | FA |
| 10. Void (u)<br><br>Schedules from Case No. 13-08278 - consolidation Order dated 4/10/13. | 0.00 | N/A | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 13-08275 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | GHORI NO. 1 CAB CORPORATION, | | | | Date Filed (f) or Converted (c): | 11/06/2013 (c) |
| | | | | | 341(a) Meeting Date: | 12/20/2013 |
| For Period Ending: | 08/03/2017 | | | | Claims Bar Date: | 02/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 11.  TAXI MEDALLION - 4568<br><br>Schedules from Case No. 13-08278 - consolidation Order dated 4/10/13. | 350,000.00 | 87,579.00 | OA | 0.00 | FA |
| 12.  VEHICLES  - 2009 Chevy Impala Cab No. 4499<br><br>Schedules from Case No. 13-08278 - consolidation Order dated 4/10/13.<br>*This vehicle was scheduled as a 2009 but was actually a 2002 vehicle.<br>VIN 2G1WT57N621164511 | 7,000.00 | 500.00 | | 500.00 | FA |
| 13.  Void (u)<br><br>Meters belong to Yellow Cab - not to the Estate. The meter was returned. | 0.00 | N/A | | 0.00 | FA |
| 14.  BANK ACCOUNTS - Chase business checking xxxx12697 | 6,000.00 | 6,000.00 | | 500.00 | FA |
| 15.  BANK ACCOUNTS - Chase Bank business checking - XXX 35959 | 6,000.00 | 6,000.00 | | 500.00 | FA |
| 16.  Deposit for Sale of Medallions (u) | 0.00 | 0.00 | | 35,000.00 | FA |
| 17.  Tax refund (u) | Unknown | 2,555.11 | | 2,555.11 | FA |
| 18.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 19.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 999 Void (u)<br>8. | 0.00 | N/A | | 0.00 | FA |
| INT.  interest on Tax refund from IRS for 2012 (u) | 0.00 | 0.00 | | 21.52 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,171,000.00 | $526,553.69 | | $73,931.28 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A TFR HAS BEEN FILED WITH THE BANKRUPTCY COURT.

Exhibit 8

Initial Projected Date of Final Report (TFR): 05/01/2017        Current Projected Date of Final Report (TFR): 04/21/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 13-08275 | Trustee Name: Frances Gecker | Exhibit 9 |
| Case Name: GHORI NO. 1 CAB CORPORATION, | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX1954 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0894 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7479 | Transfer of Funds | | 9999-000 | $55,913.37 | | $55,913.37 |
| 07/08/15 | | Transfer to Acct # xxxxxx7479 | Transfer of Funds | | 9999-000 | | $80.44 | $55,832.93 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $64.25 | $55,768.68 |
| 08/10/15 | 5001 | ILLINOIS DEPT. OF REVENUE P.O. Box 19053 Springfield, IL 62794-9053 | Copies of Tax Returns 2010 thru and including 2014; 36-4280894 | | 2990-000 | | $15.00 | $55,753.68 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $82.91 | $55,670.77 |
| 10/02/15 | | AMERICAN AUCTION ASSOCIATES 515 South Thomas Avenue Bridgeview, Illinois 60455 | Sale of Two Vehicles | | | $1,500.00 | | $57,170.77 |
| | | | Gross Receipts | $1,500.00 | | | | |
| | 12 | | VEHICLES - 2009 Chevy Impala Cab No. 4499 | $500.00 | 1129-000 | | | |
| | 8 | | VEHICLES - 2002 Chevy Impala LT | $1,000.00 | 1129-000 | | | |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $80.12 | $57,090.65 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $84.83 | $57,005.82 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $82.04 | $56,923.78 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $84.65 | $56,839.13 |

Page Subtotals: $57,413.37   $574.24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-08275

Case Name: GHORI NO. 1 CAB CORPORATION,

Taxpayer ID No: XX-XXX0894

For Period Ending: 08/03/2017

Trustee Name: Frances Gecker

Bank Name: Associated Bank

Account Number/CD#: XXXXXX1954

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $84.53 | $56,754.60 |
| 02/15/16 | 5002 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK  10017 | BLANKET BOND NO. 10BSBGR6291 | | 2300-000 | | $37.36 | $56,717.24 |
| 03/04/16 | 5001 | ILLINOIS DEPT. OF REVENUE P.O. Box 19053 Springfield, IL  62794-9053 | Copies of Tax Returns 2010 thru and including 2014; 36-4280894 Reversal | | 2990-000 | | ($15.00) | $56,732.24 |
| 03/04/16 | 5003 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNNATI, OH  45999-0013 | FEIN 36-4280894 FORM 1120S  2012 | | 4300-000 | | $5,422.00 | $51,310.24 |
| 03/04/16 | 5004 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH  45999-0013 | FEIN 36-4280894 FORM 1120S  2013 | | 4300-000 | | $5,168.00 | $46,142.24 |
| 03/04/16 | 5005 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH  45999-0013 | FEIN 36-4280894 FORM 1120S  2014 | | 2810-000 | | $4,869.00 | $41,273.24 |
| 03/17/16 | | Associated Bank | Bank Error - Posted third party check to estate account | | 8500-002 | | $556.51 | $40,716.73 |
| 04/12/16 | | Associated Bank | Bank Error - Posted third party check to estate account | | 8500-002 | $556.51 | | $41,273.24 |
| 07/20/16 | 5006 | AMERICAN AUCTION ASSOCIATES, INC. 5024 West Brittany Drive Arlington Heights, IL  60004 | Expenses for Sale of Vehicles | | 3620-000 | | $345.20 | $40,928.04 |
| 07/28/16 | 17 | UNITED STATES TREASURY KANSAS CITY, MO | TAX REFUND | | 1224-000 | $2,555.11 | | $43,483.15 |
| 09/01/16 | | UNITED STATES TREASURY | REFUND WITH INTEREST FOR 2012 RETURN | | | | ($5,443.52) | $48,926.67 |
| | | DEPARTMENT OF THE TREASURY | | $5,422.00 | 4300-000 | | | |
| | | | interest on Tax refund from IRS for 2012 | $21.52 | 1270-000 | | | |

Page Subtotals:                    $3,111.62          $11,024.08

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-08275 | Trustee Name: Frances Gecker |
| Case Name: GHORI NO. 1 CAB CORPORATION, | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1954 |
| | Checking |
| Taxpayer ID No: XX-XXX0894 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/01/16 | | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH  45999-0013 | 2013 - refund of interest and penalties from IRS | 4300-000 | | ($488.68) | $49,415.35 |
| 09/02/16 | | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH  45999-0013 | Returned Interest from IRS - 2014 Tax returns | 2810-000 | | ($2,369.58) | $51,784.93 |
| 06/02/17 | 5007 | Frances Gecker FRANKGECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL  60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $6,945.49 | $44,839.44 |
| 06/02/17 | 5008 | OFFICE OF THE U. S. TRUSTEE OFFICE OF THE U.S. TRUSTEE 219 S. DEARBORN ST. ROOM 873 CHICAGO, IL 60604 | Distribution | | | $2,601.34 | $42,238.10 |
| | | OFFICE OF THE U. S. TRUSTEE | Final distribution to claim 10 ($1,951.34) representing a payment of 100.00 % per court order. | 2950-000 | | | |
| | | OFFICE OF THE U. S. TRUSTEE | Final distribution to claim 10 ($325.00) representing a payment of 100.00 % per court order. | 2950-000 | | | |
| | | OFFICE OF THE U. S. TRUSTEE | Final distribution to claim 10 ($325.00) representing a payment of 100.00 % per court order. | 2950-000 | | | |
| 06/02/17 | 5009 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois  60654 | Distribution | | | $31,267.87 | $10,970.23 |
| | | FRANKGECKER LLP | Final distribution representing a ($30,944.73) payment of 100.00 % per court order. | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a ($323.14) payment of 100.00 % per court order. | 3120-000 | | | |

| | | | Page Subtotals: | | $0.00 | $37,956.44 | |

Case 13-08275   Doc 254   Filed 08/08/17   Entered 08/08/17 16:22:03   Desc Main
Document   Page 15 of 21

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-08275
Case Name: GHORI NO. 1 CAB CORPORATION,

Taxpayer ID No: XX-XXX0894
For Period Ending: 08/03/2017

Trustee Name: Frances Gecker
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1954
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/02/17 | 5010 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Distribution | | | $10,970.23 | $0.00 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($10,878.60) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($91.63) | 3420-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $59,990.00 | $59,990.00 |
| Less: Bank Transfers/CD's | $55,913.37 | $80.44 |
| Subtotal | $4,076.63 | $59,909.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,076.63 | $59,909.56 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page Subtotals:                    $0.00            $10,970.23

Case 13-08275   Doc 254   Filed 08/08/17   Entered 08/08/17 16:22:03   Desc Main
Document   Page 16 of 21

**FORM 2**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-08275 | Trustee Name: Frances Gecker |
| Case Name: GHORI NO. 1 CAB CORPORATION, | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7479 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX0894 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/25/13 | 1 | GHORI NO 1 CAB CORPORATION DEBTOR IN POSSESSION6117 N. SEELEY AVE., APT. 2HCHICAGO, IL 60659 | REVERSED | | 1129-000 | $31,000.00 | | $31,000.00 |
| 12/05/13 | 1 | Reverses Deposit # 1 | DEPOSIT RETURNED | | 1129-000 | ($31,000.00) | | $0.00 |
| 12/10/13 | | GHORI NO 1 CAB CORPORATION DEBTOR IN POSSESSION6117 N. SEELEY AVE., APT. 2HCHICAGO, IL 60659 | BANK ACCOUNT | | | $31,000.00 | | $31,000.00 |
| | | | Gross Receipts | $31,000.00 | | | |
| | 1 | | BANK ACCOUNTS - Chase general business combined xxx9797 | $30,000.00 | 1129-000 | | |
| | 14 | | BANK ACCOUNTS - Chase business checking xxxx12697 | $500.00 | 1129-000 | | |
| | 15 | | BANK ACCOUNTS - Chase Bank business checking - XXX 35959 | $500.00 | 1129-000 | | |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | $43.10 | $30,956.90 |
| 01/31/14 | 16 | P.T.K. INC. Popular Community Bank2525 N. Kedzie Blvd.Chicago, IL  60647 | DEPOSIT ON TAXI MEDALLION | | 1229-000 | $15,000.00 | | $45,956.90 |
| 02/03/14 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70130 | BOND PREMIUM BOND NO. 016026455 | | 2300-000 | | $66.22 | $45,890.68 |
| 02/06/14 | 10001 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUEBRIDGEVIEW, IL 60455 | AUCTIONEER EXPENSES Order 11/26/13 | | 3620-000 | | $860.00 | $45,030.68 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | $46.03 | $44,984.65 |
| 03/05/14 | 10002 | CITY OF CHICAGO Dept. of Business Affairs andConsumer ProtectionCity Hall, Room 800121 N. LaSalle StreetChicago, IL  60602 | Account No. 13174 Legal Name:  UBOO Cab Corporation | | 2820-000 | | $1,429.50 | $43,555.15 |

Page Subtotals: $46,000.00   $2,444.85

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-08275 | Trustee Name: Frances Gecker |
| Case Name: GHORI NO. 1 CAB CORPORATION, | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7479 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX0894 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/05/14 | 10003 | CITY OF CHICAGO Dept. of Business Affairs andConsumer ProtectionCity Hall, Room 800121 N. LaSalle StreetChicago, IL 60602 | Account No. 13176 Legal Name: Ghori # 1 Cab Corporation | 2820-000 | | $1,404.50 | $42,150.65 |
| 03/05/14 | 10004 | CITY OF CHICAGO Department of Business Affairs and Consumer ProtectionPublic Vehicle Operations Division2350 W. Ogden Avenue, First FloorChicago, IL 60608 | Account No. 13174 Account Name: UBOO Cab Corporation | 2820-000 | | $1,200.00 | $40,950.65 |
| 03/05/14 | 10005 | CITY OF CHICAGO Department of Business Affairs and Consumer ProtectionPublic Vehicle Operations Division2350 W. Ogden Avenue, First FloorChicago, IL 60608 | Account No. 13176 Account Name: GHORI #1 CAB CORPORATION | 2820-000 | | $1,200.00 | $39,750.65 |
| 03/06/14 | 10003 | Reverses Check # 10003 | Account No. 13176 Wrong amount of check. Estate owes City additional sums. | 2820-000 | | ($1,404.50) | $41,155.15 |
| 03/06/14 | 10002 | Reverses Check # 10002 | Account No. 13174 Wrong amount of check - Estate owes additional back charges to City than was originally anticipated. | 2820-000 | | ($1,429.50) | $42,584.65 |
| 03/06/14 | 10006 | CITY OF CHICAGO Dept. of Business Affairs andConsumer ProtectionCity Hall, Room 800121 N. LaSalle StreetChicago, IL 60602 | Account No. 13174 Legal Name: UBOO Cab Corporation | 2820-000 | | $3,470.62 | $39,114.03 |
| 03/06/14 | 10007 | CITY OF CHICAGO Dept. of Business Affairs andConsumer ProtectionCity Hall, Room 800121 N. LaSalle StreetChicago, IL 60602 | Account No. 13176 Legal Name: Ghori # 1 Cab Corporation | 2820-000 | | $2,290.81 | $36,823.22 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $59.74 | $36,763.48 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $58.57 | $36,704.91 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $52.81 | $36,652.10 |

| | | | | Page Subtotals: | $0.00 | $6,903.05 | |

Case 13-08275   Doc 254   Filed 08/08/17   Entered 08/08/17 16:22:03   Desc Main
Document   Page 18 of 21

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-08275
Case Name: GHORI NO. 1 CAB CORPORATION,

Taxpayer ID No: XX-XXX0894
For Period Ending: 08/03/2017

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7479
GENERAL CHECKING
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/14 | 1 | JPMORGAN CHASE BANK, N.A. PHOENIX, AZ | Debtor's Bank Account | 1129-000 | $3,854.65 | | $40,506.75 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $56.52 | $40,450.23 |
| 07/02/14 | 16 | LAW OFFICES OF CHARLES L. GOODBAR I CLIENT TRUST ACCOUNT724 W. WASHINGTON BLVD.CHICAGO, IL 60661CLIENT: EVGENY FREIDMAN Med 4499 & 4568 | DEPOSIT ON SALE OF MEDALLIONS | 1229-000 | $20,000.00 | | $60,450.23 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $58.20 | $60,392.03 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $87.86 | $60,304.17 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $89.66 | $60,214.51 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $86.64 | $60,127.87 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $89.39 | $60,038.48 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $86.38 | $59,952.10 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $89.12 | $59,862.98 |
| 01/26/15 | 10008 | CITY OF CHICAGO Dept. of Finance and Business Affairs City Hall, Room 800121 N. LaSalle StreetChicago, IL 60602 | Account No. 13171 Legal Name: Ghori # 1 Cab Corporation Medallion No. 4499 License Renewal Reversal Wrong department and wrong address | 2820-000 | | ($2,053.85) | $61,916.83 |

Page Subtotals:   $23,854.65   ($1,410.08)

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:  13-08275
Case Name: GHORI NO. 1 CAB CORPORATION,

Taxpayer ID No: XX-XXX0894
For Period Ending: 08/03/2017

Trustee Name:  Frances Gecker
Bank Name:  The Bank of New York Mellon
Account Number/CD#:  XXXXXX7479
GENERAL CHECKING
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | 10008 | CITY OF CHICAGO Dept. of Finance and Business Affairs City Hall, Room 800121 N. LaSalle StreetChicago, IL  60602 | Account No. 13171 Legal Name:  Ghori # 1 Cab Corporation Medallion No. 4499 License Renewal License Renewal | 2820-000 | | $2,053.85 | $59,862.98 |
| 01/26/15 | 10009 | CITY OF CHICAGO, DEPARTMENT OF FINANCE 22149 Network Place Chicago, IL  60673-1221 | Account No. 13171 - Medallion No. 4499 | 2820-000 | | $2,053.85 | $57,809.13 |
| 02/03/15 | 10010 | CITY OF CHICAGO DEPT. OF BUSINESS AFFAIRS AND CONSUMER PROTECTION 2350 W. OGDEN AVE., FIRST FL CHICAGO, IL  60608 | Medallion #4499 - License Renewal Fee | 2820-000 | | $1,200.00 | $56,609.13 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.61 | $56,520.52 |
| 02/10/15 | 10011 | ARTHUR B. LEVINE COMPANY Attn:  Maria Sponza 60 East 42nd Street, Room 965 New York, NY  10165 | Bond No. 10BSBGR6291 | 2300-000 | | $32.97 | $56,487.55 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.41 | $56,411.14 |
| 03/23/15 | 10012 | Illinois Department of Revenue Records Management Division 2-202 PO Box 19014 Springfield, IL  62794-9014 | Copies of Tax Returns 2010 thru and including 2014; 36-4280894 | 2690-000 | | $25.00 | $56,386.14 |
| 03/23/15 | 10013 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE RAIVS TEAM P.O. BOX 145500 STOP 2800 F CINCINNATI, OH  45250 | Copies of Tax Returns 2010 thru and including 2014; 36-4280894 | 2690-000 | | $250.00 | $56,136.14 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.84 | $56,052.30 |

Page Subtotals:          $0.00          $5,864.53

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-08275 | Exhibit 9 |
| Case Name: GHORI NO. 1 CAB CORPORATION, | |

| | |
|---|---|
| | Trustee Name: Frances Gecker |
| | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7479 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX0894 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $80.68 | $55,971.62 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $83.25 | $55,888.37 |
| 07/07/15 | 10012 | Illinois Department of Revenue Records Management Division 2-202 PO Box 19014 Springfield, IL  62794-9014 | Copies of Tax Returns 2010 thru and including 2014; 36-4280894 Reversal | 2690-000 | | ($25.00) | $55,913.37 |
| 07/08/15 | | Transfer from Acct # xxxxxx1954 | Transfer of Funds | 9999-000 | $80.44 | | $55,993.81 |
| 07/08/15 | | Transfer to Acct # xxxxxx1954 | Transfer of Funds | 9999-000 | | $55,913.37 | $80.44 |
| 07/08/15 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank Service Charge | 2600-000 | | $80.44 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $69,935.09 | $69,935.09 |
| Less: Bank Transfers/CD's | $80.44 | $55,913.37 |
| Subtotal | $69,854.65 | $14,021.72 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $69,854.65 | $14,021.72 |

| | | |
|---|---|---|
| Page Subtotals: | $80.44 | $56,132.74 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1954 - Checking | $4,076.63 | $59,909.56 | $0.00 |
| XXXXXX7479 - GENERAL CHECKING | $69,854.65 | $14,021.72 | $0.00 |
| | $73,931.28 | $73,931.28 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $73,931.28 | |
| Total Gross Receipts: | $73,931.28 | |